FILED
JUL 31 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**ALLEGHENYINTEL, LLC D/B/A PENNSWOODS.NET**
**Plaintiff**

**v.**

No. 06-548 T

**THE UNITED STATES,**
**Defendant**

**COMPLAINT**

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF FEDERAL CLAIMS:

COMES NOW, AlleghenyIntel, LLC d/b/a Pennswoods.net, the Plaintiff herein, by its attorney, Anthony C. Gulotta of the Law Firm of Anderson & Gulotta, P.C. to file the within Complaint based on the following:

1. This Court has jurisdiction over this matter by reason of 28 U.S.C. §1491, which provides for review by this Court of any claim against the United States founded on an Act of Congress or any regulation of an executive department.

2. This Court has jurisdiction over this matter by reason of 26 U.S.C. §6532, which provides that an action may be commenced against the United States after a six (6) month period expires following a claim for a refund made to the Internal Revenue Service.

3. The Plaintiff is a limited liability corporation incorporated in the state of Pennsylvania with a primary place of business at 220 South Thomas Street, Bedford, PA 15522.

4. The Defendant is the United States of America, with the Internal Revenue Service as the Agency with interest.

5. Plaintiff is an Internet Service Provider.

6. Plaintiff's claim is a claim for refund of Federal Communication Excise Tax (Internal Revenue Code Section 4251). Plaintiff's claim is based on their purchases of various data transfer circuits, including but not limited to ISDN PRI B Channel, Digital (T-1) Access, D-Channel and other transport lines. The Plaintiff purchased access to these circuits in order to assemble and maintain a packet switch network necessary to provide internet access to its customers.

7. In order to provide Internet access to its customers, the Plaintiff established and maintained a digital packet-switched network that spanned from the point that the customer accessed the Plaintiff's Internet Service Provider (ISP) network, (known as a "Point of Presence or "PoP") to a National Access Point, where high-bandwidth connections allow Internet Service Providers to share data traffic.

8. To establish its packet- switched network the Plaintiff purchased and installed data routing equipment, circuit access to allow its dial up access customers to send data over

Plaintiff's network, and access to various transport circuits including, but not limited to, Trunk Level 1 (T-1s), Primary Rate Interface (PRIs) and Basic Rate Interface (BRIs) from telecommunication providers.

9. The items purchased by the Plaintiff, as fully set forth in the documentation supporting this Complaint and summarized in paragraph 7 above, were necessary to establish and maintain the Plaintiff's packet-switched network and allowed the Plaintiff to integrate their network into the larger Internet.

10. The Plaintiff's ISP network was used by their customers to send and access information services on the Internet.

11. The Plaintiff's customers, in general, were responsible for the purchase of telecommunication services, and the payment of the associated tax, on the dial up data call that carried the customer's data to the Plaintiff's PoP.

12. The information services accessed by users of the internet are routed and received through the use of a Transmission Control Protocol (TCP) and Internet Protocol (IP). The TCP breaks the information being sent by the customer into tiny packets, assigns each an IP address and then releases the data. The customer's computer transmits the data across the ISP's packet-switched network, through the Network Access Point, to its ultimate destination computer. The computer receiving the information then reassembles the data as it arrives. If the TCP identifies missing data, it initiates a search for it. This

process is necessary because each piece of data travels through the Internet independently of each other.

13. Internet access and a telephone call can be distinguished by the lack of a continuous connection by the former. When a person makes a telephone call there is an actual continuous direct connection between the two telephones. Likewise, in a modem hookup over a telephone line to transmit data to a remote computer, there is an actual connection. However, connections made over the Internet are not direct and continuous. An actual connection, beyond the dial up connection between the customer and the ISP's PoP, is never made. In a packet-switched network such as the Internet, no two computers ever maintain a direct connection, instead, each computer on the Internet sends and receives data packets independently of one another. The ISP's role in the internet is to assemble a network of circuits that allow its customers to send and receive data packets from every other computer connected to the Internet and to route those packets to their destination appropriately. The purchases at issue in this matter are the Plaintiff's purchases of circuits that it used to assemble its packet-switched network.

14. 26 U.S.C. §4251 imposes a tax "on amounts paid for communications services." Section 4251(b) defines communications services as including "local telephone service", "toll telephone service", and "teletypewriter exchange service".

15. 26 U.S.C. §4252(a)(1) defines "local telephone service" as "the access to a local telephone system, and the privilege of telephonic quality communication with

substantially all persons having telephone or radio telephone stations constituting a part of such local telephone system."

16. 26 U.S.C. §4252(a) further provides that the term does not include "private communication service."

17. 26 U.S.C. §4252(d) defines a "private communication service" as "(d)(1)(A) a communication service furnished to a subscriber which entitles the subscriber…to exclusive or priority use of any communication channel or groups of channels, or…(d)(1)(B) to the use of an intercommunication system for the subscriber's stations, regardless of whether such channel, groups of channels, or intercommunication system may be connected through switching with a service described in subsection (a), (b), or (c) [local telephone service, toll telephone service and teletypewriter exchange service, respectively],… (d)(2) switching capacity, extension lines and stations, or other associated services which are provided in connection with, an are necessary or unique to the use of, channels or systems described in paragraph (1), and…the channel mileage which connects a telephone station located outside a local telephone system area with a central office in such local telephone system, except that such term does not include any communication service unless a separate charge is made for such service."

18. 26 U.S.C. § 4252(b) defines "toll telephone service" as "a telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication and (B) the charge is paid within the United States, and …a service which entitles the subscriber,

upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone station in a specified area which is outside the local telephone system are in which the station provided with this service is located."

19. Based on the clear and concise law contained in the Internal Revenue Code and Treasury Regulations, the Taxpayer filed a request for refund of Section 4251 Communication Excise Tax erroneously paid on their purchases of circuits from telecommunication providers that the Plaintiff used to assemble and maintain their network that they used to provide internet access to their customers, on the grounds that such purchases were outside the scope of the Communications Excise Tax as set forth in 26 U.S.C. §4251.

20. The Plaintiff filed a request for refund (IRS Form 8849, supporting schedules, quarterly tax breakouts and "non-consent statements") on August 15, 2005 in the amount of $105,899.08. This amount was subsequently reduced to $95,587.94 pursuant to paragraphs 21 – 24. A copy of the refund claim is attached hereto as Exhibit "A" and made a part hereof.

21. On September 9, 2005, the Plaintiff received notification disallowing the claim for the following periods: March 31, 2001 through June 30, 2001; Dec. 31, 2001 through Mar. 31, 2002; June 30, 2002. A copy of the letter is attached hereto as Exhibit "B" and

made a part hereof. After removing these periods, the amount at issue in the Petitioner's claim for refund is $95,587.94.

22. On September 23, 2005, the Plaintiff received notification acknowledging the receipt of the Plaintiff's claim submitted on August 15, 2005 for the following periods: Sept. 30, 2002 through Dec. 31, 2002; Mar. 31, 2003 through June 30, 2003. A copy of the letter is attached hereto as Exhibit "C" and made a part hereof.

23. On September 23, 2005, the Plaintiff received notification acknowledging the receipt of the Plaintiff's claim submitted on August 15, 2005 for the following periods: Sept. 30, 2003 through Dec. 31, 2003; Mar. 31, 2004 through June 30, 2004. A copy of the letter is attached hereto as Exhibit "D" and made a part hereof.

24. On September 23, 2005, the Plaintiff received notification acknowledging the receipt of the Plaintiff's claim submitted on August 15, 2005 for the following periods: Sept. 30, 2004 through Dec. 31, 2004; Mar. 31, 2005 through June 30, 2005. A copy of the letter is attached hereto as Exhibit "E" and made a part hereof.

25. On March 24, 2006, Plaintiff received a notice of disallowance of its refund claim from the IRS. A copy of the notice is attached hereto as Exhibit "F" and made a part hereof.

Claim for Refund of Section 4251 Communication Excise Tax

26. The averments set forth in Paragraphs 1 through 25 of this Complaint are incorporated by reference herein as though the same were fully set forth herein.

27. The Plaintiff's purchases were outside the scope of the Section 4251 Communication Excise Tax in that the purchases, as fully set forth in the claims attached hereto, did not provide the Plaintiff with access to and the privilege of use of local telephone service or toll telephone service, and in some cases were private lines used to build and maintain the network used to provide internet access to customer.

28. The Plaintiff erroneously paid Section 4251 Communication Tax on their purchases, as fully set forth in the claims attached hereto, used to build and maintain a network used to provide internet access.

29. The Plaintiff submitted Forms 8849 with supporting documentation in accordance with the procedures set forth by the Internal Revenue Service for the refund of the $95,587.94 of erroneously paid Section 4251 Communication Excise Tax.

30. The Internal Revenue Service has a duty to process refund claims for Section 4251 Communication Excise Tax under 26 U.S.C. §6415.

31. The Plaintiff has waited more than six months since the filing of their refund requests (Forms 8849), as prescribed by 26 U.S.C. 6532, for the Internal Revenue Service to process their claims for refund before bringing this action.

32. The Plaintiff is entitled to a refund of the amount requested - $95,587.94.

WHEREFORE, Petitioner respectfully requests that the Honorable Court review the Plaintiff's requests for refunds of Section 4251 Communication Excise Tax, and after hearing, (1) enter judgment in favor of the Plaintiff and against the United States in the amount of $95,587.94, with statutory interest and (2) grant such legal and equitable relief to which the Plaintiff may be entitled.

A hearing is requested.

Respectfully submitted,

Date: 7/25/06

Anthony C. Gulotta, Esq.
PA Attorney I.D. # 82081
Anderson & Gulotta, P.C.
Attorney for Plaintiff
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
(717) 541-5434 (FAX)

Focused Business Solutions, LLC

1110 North Mountain Rd., Harrisburg, PA 17112 • (717) 541-1280 • (717) 541-5434 Fax

August 15, 2005

Internal Revenue Service
Cincinnati, OH 45999-0002

**Re: Claim for Refund of Excise Tax**
**Pennswoods; EIN: 52-2204005**

To Whom It May Concern:

Enclosed for filing please find a form 8849, Claim for Refund of Excise Taxes, and appropriate attachments. Please date and return the designated copy in the enclosed self addressed stamped envelope. Should you have any questions, please feel free to contact me at the above number.

Sincerely,

Anthony C. Gulotta
Focused Business Solutions, LLC

EXHIBIT
"A"

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: P e n n s w o o d s

Employer identification number (EIN): 5 2 2 2 0 4 0 0 5

Address (number, street, room or suite no.): 2 3 0 J u l i a n a S t r e e t

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: B e d f o r d P A

ZIP code: 1 5 5 2 2

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 1 2

Daytime telephone number (optional): 8 1 4 6 2 4 2 4 2 4

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720),*** *Claims,* ***Form 4136,*** *Credit for Federal Tax Paid on Fuels,* ***Form 2290,*** *Heavy Highway Vehicle Use Tax Return, or* ***Form 730,*** *Monthly Tax Return On Wagers.*

## Schedules Attached

Check (√) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

RECEIVED
AUG 17 2005
SERVICE CENTER DIRECTOR
COVINGTON, KY
MAIL UNIT #19

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] 8/10/05

Signature and title (if applicable) — Date

**Mark Stern**

Type or print your name below signature.

**Schedule 6 (Form 8849)** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Pennswoods | 52-2204005 | $ 105,899.08 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 2/22/2001 Latest date ▶ 6/1/2005

**Claimant's registration number** for Section 4091(d) claims. ▶

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Communications Excise Tax, §4251 | $ 105,899 | 08 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**See attached discussion.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use **Form 720X,** Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

## INTRODUCTION

Petitioner,Pennswoods is a Pennsylvania Corporation headquartered in Bedford, Pennsylvania. The Petitioner is engaged in the business of providing internet access to residential customers. This Petition involves tangible personal property purchased by the Petitioner in connection with its delivery of Internet access. To deliver such Internet access, the Petitioner purchased access to various lines, such as PRIs, T-1's, Frame Relay and other transport lines from telecommunication providers. The Petitioner respectfully presents the following issues for the Hearing Officers consideration.

## ISSUE

Whether Petitioner is entitled to a refund of the Federal Communication Excise Tax enforced upon their line purchases, since their purchased service does not fit within the definitions for either toll telephone service or local telephone service?

## DISCUSSION

I. The Petitioner is entitled to a refund of $105,899.08, attributable to Federal Communication Excise Tax paid on purchase of telephone service.

Petitioner is entitled to a refund of the Federal Communications Excise Tax paid on invoices included in this petition because their purchased telephone service falls outside the definition of toll telephone service and local telephone service.

## CONCLUSION

For all the previously mentioned reasons, Petitioner respectfully requests a refund of $105,899.08, which represents the Federal Communication Excise Tax erroneously paid since their line purchases do not meet the definitions in §4252(b) of the IRC.

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150
**For IRS Use Only**
Received by:
Name
Telephone
Function
Date / /

**Part I** **Power of Attorney**

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Pennswoods**<br>**230 South Juliana Street**<br>**Bedford, PA 15522** | | 52 : 2204005 |
| | Daytime telephone number<br>( 814 ) 624-2424 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Anthony C. Gulotta, Focused Business Solutions**<br>**1110 North Mountain Road**<br>**Harrisburg, PA 17112** | CAF No. ..........<br>Telephone No. 717-541-1280<br>Fax No. 717-541-5434<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| **Excise, §4251 (Communications)** | **Form 8849 (Refund Request)** | **02/22/2001 - 06/01/2005** |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ..........

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ______ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box ▶ ☐

b If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] Signature — 8/10/5 Date — President Title (if applicable)

Mark Stern Print Name — ☐☐☐☐☐ PIN Number — Print name of taxpayer from line 1 if other than individual

Signature — Date — Title (if applicable)

Print Name — ☐☐☐☐☐ PIN Number

**Part II Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer—a bona fide officer of the taxpayer's organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a, b | PA | [signature] | 8/15/05 |
| | | | |
| | | | |

**STATEMENT OF NON-ALLOWANCE OF CREDIT FOR COMMUNICATIONS EXCISE TAX REFUND**

TO: Internal Revenue Service

RE: PENNSWOODS; EIN: 52-2204005

I, Mark Stern, of Pennswoods ("Taxpayer") hereby state that the Taxpayer has not consented and shall not consent to the allowance of a credit or refund to the telephone companies that collected the excise tax at issue in the present refund claim. I make this statement under the penalty of perjury.

8-10-5
Date

Mark Stern
Pennswoods

Pennswoods
FET Schedule

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | Sprint | 814-766-2058-707 | 12/31/2002 | | $2,447.13 | 8646 | $8,646.00 | $136.38 | PRI | 2,3,4 | 2 |
| 101 | Sprint | 922479134 | 6/5/2002 | | $11,380.41 | 7170 | $121.12 | $272.13 | Dial Access | 2,3,4 | 2 |
| 102 | Sprint | 922479134 | 7/5/2003 | 5007-3031 0133868 | $5,139.38 | 9611 | $130.23 | $280.94 | Dial Access | 2,3,4 | 2 |
| 103 | Sprint | 922479134 | 8/5/2003 | 5008-3031 008-003 | $6,091.18 | | $155.10 | $332.49 | Dial Access | 2,3,4 | 2 |
| 104 | Sprint | 922479134 | 9/5/2003 | 5009-3031 005-739 | $7,895.29 | 11091 | $210.97 | $432.28 | Dial Access | 2,3,4 | 2 |
| 105 | Sprint | 922479134 | 6/5/2003 | 5006-3031 0194-07 | $6,847.56 | 107 | $166.56 | $370.62 | Dial Access | 2,3,4 | 2 |
| 106 | Sprint | 922479134 | 5/4/2003 | 5005-3031 019-668 | $6,087.62 | | | | Dial Access | 2,3,4 | 2 |
| 107 | Sprint | 922479134 | 4/5/2003 | 5004-3031 020-077 | $6,527.79 | 10297 | $164.57 | $357.10 | Dial Access | 2,3,4 | 2 |
| 108 | Sprint | 922479134 | 12/16/2002 | | $5,918.66 | 8515 | | | Dial Access | 2,3,4 | 2 |
| 109 | Sprint | 922479134 | 3/5/2003 | 5003-4031 009-373 | $6,683.47 | 101 | $168.16 | $364.45 | Dial Access | 2,3,4 | 2 |
| 110 | Sprint | 922479134 | 2/5/2003 | 5002-4031 009-573 | $6,969.86 | 9363 | $174.74 | $382.06 | Dial Access | 2,3,4 | 2 |
| 111 | Sprint | 922479134 | 1/5/2003 | 5001-403-101-0664 | $5,882.05 | 8782 | $146.57 | $321.25 | Dial Access | 2,3,4 | 2 |
| 112 | Sprint | 922479134 | 12/5/2003 | 5012-4021 012-740 | $6,233.03 | 8515 | $157.16 | $341.52 | Dial Access | 1 | 2 |
| 113 | Sprint | 814-624-5155-294 | 5/22/2005 | | $9,243.73 | 17281 | $226.23 | $510.00 | PRI | 1 | 2 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | Sprint | 814-624-5155-294 | 4/22/2005 | | $9,243.73 | 17050 | $226.23 | $510.00 | PRI | 1 | 2 |
| 115 | Sprint | 814-624-5155-294 | 3/22/2005 | | $9,149.99 | 16790 | $226.14 | $509.82 | PRI | 1 | 2 |
| 118 | Sprint | 814-766-2058-707 | 2/7/2005 | | $2,140.76 | | $34.06 | $119.25 | PRI | 1 | 2 |
| 119 | Sprint | 814-766-2058-707 | 1/7/2005 | | $2,145.67 | 16121 | $34.20 | $119.52 | PRI | 1 | 2 |
| 120 | Sprint | 814-624-2424-266 | 5/22/2005 | | $964.23 | V852 | $15.03 | $52.71 | Dial Access | 1 | 2 |
| 121 | Sprint | 814-624-2424-266 | 4/22/2005 | | $964.23 | V731 | $15.03 | $52.17 | Dial Access | 1 | 2 |
| 122 | Sprint | 814-624-2424-266 | 3/22/2005 | | $968.35 | V579 | $15.11 | $52.86 | Dial Access | 1 | 2 |
| 123 | Sprint | 814-624-2424-266 | 2/22/2005 | | $965.19 | V408 | $15.02 | $52.69 | Dial Access | 1 | 2 |
| 124 | Sprint | 814-624-2424-266 | 1/22/2005 | | $965.41 | V332 | $15.06 | $52.77 | Dial Access | 1 | 2 |
| 125 | Sprint | 814-624-2424-266 | 12/22/2004 | | $960.53 | V194 | $14.79 | $52.22 | Dial Access | 1 | 2 |
| 132 | Verizon | 570-320-0300-434-36 Y | 5/4/2005 | | $1,241.03 | V780 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 133 | Verizon | 570-320-0300-434-36 Y | 4/4/2005 | | $1,241.03 | 16649 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 134 | Verizon | 570-320-0300-434-36 Y | 3/4/2005 | | $1,241.03 | V526 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 135 | Verizon | 570-320-0300-434-36 Y | 2/4/2005 | | $1,241.03 | V403 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 136 | Verizon | 570-N602474-748 | 5/23/2005 | N602474748-05143 | $2,603.18 | 17323 | $246.76 | $133.38 | Dial Access | 1 | 2 |
| 137 | Verizon | 570-N602474-748 | 4/23/2005 | N602474748-05113 | $2,603.18 | 17056 | $246.76 | $133.38 | Dial Access | 1 | 2 |
| 142 | Verizon | 814-532-0450-555-95 Y | 5/12/2005 | | $11,272.14 | 17194 | | | PRI | 1 | 1 |
| 143 | Verizon | 814-532-0450-555-95 Y | 5/10/2005 | | $6,232.83 | | $171.40 | $334.46 | PRI | 1 | 1 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 144 | Verizon | 814-532-0450-555-95 Y | 12/10/2004 | | $6,053.16 | | $166.22 | $332.45 | PRI | 1 | 1 |
| 145 | Verizon | 814-532-0450-555-95 Y | 1/10/2005 | | $6,102.56 | | $167.63 | $333.65 | PRI | 1 | 1 |
| 146 | Verizon | 814-532-0450-555-95 Y | 2/10/2005 | | $6,125.66 | | $168.31 | $333.37 | PRI | 1 | 1 |
| 147 | Verizon | 814-532-0450-555-95 Y | 3/10/2005 | | $6,136.48 | | $168.65 | $332.40 | PRI | 1 | 1 |
| 148 | Verizon | 814-532-0450-555-95 Y | 4/10/2005 | | $6,213.13 | | $170.81 | $335.01 | PRI | 1 | 1 |
| 149 | Verizon | 814-198-2265-021-83 Y | 6/1/2005 | | $1,019.15 | | $28.05 | $56.10 | Dial Access | 1 | 2 |
| 150 | Verizon | 814-198-2265-021-83 Y | 5/1/2005 | | $1,019.15 | | $28.05 | $56.10 | Dial Access | 1 | 2 |
| 151 | Verizon | 814-198-2265-021-83 Y | 4/1/2005 | | $1,019.15 | | $28.05 | $56.10 | Dial Access | 1 | 2 |
| 152 | Verizon | 814-198-2265-021-83 Y | 3/1/2005 | | $1,019.15 | | $28.05 | $56.10 | Dial Access | 1 | 2 |
| 153 | Verizon | 814-198-2265-021-83 Y | 2/1/2005 | | $1,019.15 | | $28.05 | $56.10 | Dial Access | 1 | 2 |
| 154 | Verizon | 814-198-2265-021-83 Y | 1/1/2005 | | $1,019.15 | | $28.05 | $56.10 | Dial Access | 1 | 2 |
| 155 | Verizon | 814-198-2226-692-42 Y | 4/1/2005 | | $75,247.51 | | $2,064.40 | $4,129.71 | Dial Access | 1 | 2 |
| 156 | Verizon | 814-198-2226-692-42 Y | 5/1/2005 | | $75,247.51 | | $2,064.40 | $4,129.71 | Dial Access | 1 | 2 |
| 157 | Verizon | 814-198-2226-692-42 Y | 3/1/2005 | | $75,195.48 | | $2,062.97 | $4,126.84 | Dial Access | 1 | 2 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 158 | Verizon | 814-198-2226-692-42 Y | 2/1/2005 | | $75,352.96 | | $2,067.30 | $4,135.51 | Dial Access | 1 | 2 |
| 169 | Verizon | 131805258 | 1/1/2005 | 12801 | $815.19 | | $5.85 | $71.68 | T-3 | 1 | 2 |
| 170 | Verizon | 131805258 | 2/1/2005 | 12801 | $818.19 | | $5.94 | $71.80 | T-3 | 1 | 2 |
| 171 | Verizon | 131805258 | 3/1/2005 | 12801 | $831.46 | | $6.32 | $72.42 | T-3 | 1 | 2 |
| 172 | Verizon | 131805258 | 4/1/2005 | 12801 | $824.49 | | $6.12 | $72.09 | T-3 | 1 | 2 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 173 | Verizon | 131805258 | 5/1/2005 | 12801 | $827.64 | | $6.21 | $34.78 | T-3 | 1 | 2 |
| 174 | Verizon | 131805258 | 6/1/2005 | 12801 | $830.83 | | $6.30 | $34.78 | T-3 | 1 | 2 |
| 175 | Verizon | 131805258 | 12/1/2004 | 12801 | $812.25 | | $5.76 | $71.53 | T-3 | 1 | 2 |
| 176 | Verizon | 131805258 | 1/1/2005 | 12801 | $815.19 | | $5.85 | $71.66 | T-3 | 1 | 2 |
| 178 | Verizon | 131801395 | 1/16/2005 | 16358 | $961.91 | | $0.01 | $60.04 | T-1 | 1 | 2 |
| 183 | Verizon | 570 819 1200 440 71 Y | 8/10/2003 | | $1,235.79 | | $33.76 | $67.83 | T-1 | 2,3,4 | 2 |
| 184 | Verizon | 570 819 1200 440 71 Y | 7/10/2003 | | $1,239.77 | | $33.76 | $68.06 | T-1 | 2,3,4 | 2 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 185 | Verizon | 570 819 1200 440 71 Y | 9/10/2003 | | $1,235.99 | | $33.77 | $67.84 | T-1 | 2,3,4 | 2 |
| 186 | Verizon | 570 819-1200-440 71Y | 1/10/2003 | | $828.28 | | $22.51 | $45.47 | T-1 | 2,3,4 | 2 |
| 187 | Verizon | 570 819-1200-440 71Y | 2/10/2003 | | $828.28 | | $22.51 | $45.47 | T-1 | 2,3,4 | 2 |
| 188 | Verizon | 570 819-1200-440 71Y | 3/10/2003 | | $1,667.22 | | $22.82 | $45.47 | T-1 | 2,3,4 | 2 |
| 189 | Verizon | 570 819-1200-440 71Y | 4/10/2003 | | $1,333.82 | | $33.39 | $73.23 | T-1 | 2,3,4 | 2 |
| 190 | Verizon | 570 819-1200-440 71Y | 5/10/2003 | | $1,238.44 | | $33.76 | $67.98 | T-1 | 2,3,4 | 2 |
| 191 | Verizon | 570 819-1200-440 71Y | 6/10/2003 | | $1,239.77 | | $33.76 | $68.06 | T-1 | 2,3,4 | 2 |
| 212 | Verizon | 35 3040 2324271893 01 | 10/28/2002 | | $5,938.51 | | $148.02 | $321.45 | PRI | 2,3,4 | 2 |
| 213 | Verizon | 35 3040 2324271893 01 | 9/28/2002 | | $4,145.93 | | $114.16 | $217.92 | PRI | 2,3,4 | 2 |
| 214 | Verizon | 35 3040 2324271893 01 | 8/28/2002 | | $4,450.36 | | $122.50 | $235.51 | PRI | 2,3,4 | 2 |
| 215 | Verizon | 35 3040 2324271893 01 | 7/28/2002 | | $4,090.07 | | $112.82 | $216.49 | PRI | 2,3,4 | 2 |
| 216 | Sprint | 814-766-2058-707 | 11/7/2002 | | $1,428.44 | 8465 | $23.05 | $79.55 | PRI | 2,3,4 | 2 |
| 217 | Sprint | 814-624-2424-266 | 11/22/2002 | | $2,292.91 | 8505 | $20.70 | $65.98 | Dial Access | 2,3,4 | 2 |
| 218 | Sprint | 814-623-0009-958 | 11/22/2002 | | $1,856.40 | 8505 | $0.42 | $105.06 | Transport Line | 2,3,4 | 1 |
| 219 | Sprint | 814-652-9293-038 | 11/22/2002 | | $17.58 | 8505 | $0.48 | $0.97 | Dial Access | 2,3,4 | 2 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 220 | Sprint | 814-928-3102-601 | 11/22/2002 | | $17.58 | 8505 | $0.48 | $0.97 | Dial Access | 2,3,4 | 2 |
| 221 | Sprint | 814-623-0009-221 | 11/22/2002 | | $674.73 | 8505 | $3.69 | $37.98 | Frame Relay | 2,3,4 | 1 |
| 222 | Sprint | 814-652-6901-137 | 11/22/2002 | | $4,644.39 | 8507 | $89.00 | $257.85 | PRI | 2,3,4 | 2 |
| 223 | Sprint | 814-624-5155-294 | 11/22/2002 | | $7,718.29 | 8504 | $194.77 | $425.86 | PRI | 2,3,4 | 2 |
| 224 | Sprint | 922479134 | 11/6/2002 | 5011-4021 011-509 | $5,918.66 | 8515 | $147.87 | $365.19 | T-1, Dial Access | 2,3,4 | 2 |
| 225 | Sprint | 922479134 | 9/5/2002 | 5009-4021 015-041 | $6,685.19 | 79XX | $168.06 | $365.19 | Dial Access | 2,3,4 | 2 |
| 226 | Sprint | 922479134 | 8/5/2002 | 5008-4021 01434 | $5,306.29 | 7743 | $131.05 | $289.07 | Dial Access | 2,3,4 | 2 |
| 227 | Sprint | 814-624-5155-294 | 9/22/2002 | | $6,155.65 | 7984 | $164.08 | $339.15 | Dial Access | 2,3,4 | 2 |
| 228 | Sprint | 814-623-0009-958 | 9/22/2002 | | $1,856.40 | | $0.42 | $105.48 | Transport Line | 2,3,4 | 1 |
| 229 | Sprint | 814-624-2424-266 | 9/22/2002 | | $1,082.76 | | $18.43 | $58.81 | Dial Access | 2,3,4 | 2 |
| 230 | Sprint | 814-652-6901-137 | 9/22/2002 | | $3,338.41 | 7983 | $65.83 | $185.24 | PRI | 2,3,4 | 1 |
| 231 | Sprint | 814-766-2058-707 | 9/22/2002 | | $1,379.05 | 7947 | $22.00 | $76.81 | PRI | 2,3,4 | 1 |
| 232 | Sprint | 814-624-5155-294 | 8/22/2002 | | $6,155.72 | 7721 | $164.08 | $339.15 | PRI | 2,3,4 | 1 |
| 233 | Sprint | 814-766-2058-707 | 8/7/2002 | | $1,379.05 | 7689 | $22.00 | $76.81 | PRI | 2,3,4 | 1 |
| 234 | Sprint | 814-623-0009-958 | 8/22/2002 | | $1,856.40 | 7719 | $0.42 | $105.06 | Transport Line | 2,3,4 | 1 |
| 235 | Sprint | 814-624-5155-294 | 10/22/2002 | | $6,155.63 | 8263 | $164.08 | $339.14 | PRI | 2,3,4 | 1 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 236 | Sprint | 814-623-0009-958 | 10/22/2002 | | $1,856.40 | 8262 | $0.42 | $105.06 | Transport Line | 2,2,4 | 1 |
| 237 | Sprint | 814-928-3102-601 | 10/22/2002 | | $17.58 | 8262 | $0.48 | $0.97 | Dial Access | 2,3,4 | 2 |
| 238 | Sprint | 814-623-0009-221 | 10/22/2002 | | $674.73 | 8262 | $3.69 | $37.98 | Frame Relay | 2,3,4 | 1 |
| 239 | Sprint | 814-652-9293-038 | 10/22/2002 | | $17.58 | 8262 | $0.48 | $0.97 | Dial Access | 2,3,4 | 2 |
| 240 | Sprint | 814-624-2424-266 | 10/22/2002 | | $1,081.31 | 8262 | $18.43 | $58.81 | Dial Access | 2,3,4 | 2 |
| 241 | Sprint | 814-623-0009-931 | 10/22/2002 | | $452.62 | 8262 | $8.07 | $25.16 | Frame Relay | 2,3,4 | 1 |
| 242 | Sprint | 814-652-6901-137 | 10/22/2002 | | $3,338.41 | 8260 | $65.83 | $185.24 | PRI | 2,3,4 | 1 |
| 243 | Sprint | 922479134 | 10/5/2002 | 5010-4021 0094-98 | $5,949.10 | 8268 | $147.55 | $324.25 | Dial Access | 2,3,4 | 2 |
| 244 | Sprint | 922479134 | 12/5/2003 | 5012-2031 018-465 | $7,106.91 | 11956 | $188.90 | $388.41 | Dial Access | 1 | 2 |
| 245 | Sprint | 922479134 | 11/5/2003 | | $6,725.51 | 11690 | $178.91 | $367.19 | Dial Access | 1 | 2 |
| 246 | Sprint | 922479134 | 10/5/2003 | 5010-3031 007-579 | $6,537.76 | 11390 | $173.37 | $357.47 | Dial Access | 2,3,4 | 2 |
| 247 | Sprint | 814-624-5155-294 | 11/22/2003 | | $8,788.04 | 11773 | $219.39 | $484.68 | PRI | 1 | 1 |
| 248 | Sprint | 814-624-5155-294 | 10/22/2003 | | $8,788.02 | 11506 | $219.39 | $484.68 | PRI | 2,3,4 | 1 |
| 249 | Sprint | 814-624-5155-294 | 9/22/2003 | | $8,719.83 | 11249 | $217.51 | $480.92 | PRI | 2,3,4 | 1 |
| 250 | Sprint | 814-624-5155-294 | 8/22/2003 | | $8,713.83 | 10960 | $217.51 | $480.92 | PRI | 2,3,4 | 1 |
| 251 | Sprint | 814-624-5155-294 | 6/22/2003 | | $8,777.88 | 9732 | $217.71 | $481.32 | PRI | 2,3,4 | 1 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 252 | Sprint | 814-624-5155-294 | 5/22/2003 | | $8,804.85 | 10672 | $220.02 | $485.93 | PRI | 2,3,4 | 1 |
| 253 | Sprint | 814-624-5155-294 | 4/22/2003 | | $10,247.06 | 10446 | $242.04 | $566.32 | PRI | 2,3,4 | 1 |
| 254 | Sprint | 814-624-5155-294 | 3/22/2003 | | $7,492.63 | 10104 | $195.22 | $413.06 | PRI | 2,3,4 | 1 |
| 255 | Sprint | 814-624-5155-294 | 1/22/2003 | | $7,483.70 | 9078 | $194.97 | $412.57 | PRI | 2,3,4 | 1 |
| 256 | Sprint | 814-624-5155-294 | 2/22/2003 | | $7,479.69 | 9369 | $194.86 | $412.35 | PRI | 2,3,4 | 1 |
| 257 | Sprint | 814-624-5155-294 | 12/22/2002 | | $7,975.47 | 8775 | $204.86 | $439.85 | PRI | 2,3,4 | 1 |
| 258 | Sprint | 814-624-5155-294 | 12/22/2002 | | $7,975.47 | 8775 | $204.86 | $439.85 | PRI | 2,3,4 | 1 |
| 259 | Sprint | 814-623-0009-958 | 11/22/2003 | | $1,856.16 | | $0.41 | $105.04 | Transport Line | 1 | 1 |
| 260 | Sprint | 814-623-0009-958 | 10/22/2003 | | $1,856.28 | | $0.41 | $105.05 | Transport Line | 2,3,4 | 1 |
| 261 | Sprint | 814-623-0009-958 | 9/22/2003 | | $1,856.27 | 11215 | $0.41 | $105.05 | Transport Line | 2,3,4 | 1 |
| 263 | Sprint | 814-623-0009-958 | 7/22/2003 | | $1,856.27 | | $0.41 | $105.05 | Transport Line | 2,3,4 | 1 |
| 267 | Sprint | 814-623-0009-221 | 4/22/2003 | | $669.22 | 10389 | $3.54 | $37.68 | Transport Line | 2,3,4 | 1 |
| 271 | Sprint | 814-623-0009-958 | 12/22/2002 | | $1,856.40 | 8772 | $0.42 | $105.06 | Transport Line | 2,3,4 | 1 |
| 272 | Sprint | 814-766-2058-707 | 12/7/2003 | | $2,175.73 | 11955 | $35.03 | $121.17 | PRI | 1 | 1 |
| 273 | Sprint | 814-356-3640-820 | 12/7/2003 | | $90.04 | 11955 | $2.46 | $1.07 | PRI | 1 | 1 |
| 274 | Sprint | 814-766-2058-707 | 11/7/2003 | | $2,158.09 | 11636 | $34.54 | $120.20 | PRI | 1 | 1 |
| 275 | Sprint | 814-766-2058-707 | 9/7/2003 | | $2,158.58 | 11182 | $34.55 | $120.23 | PRI | 2,3,4 | 1 |
| 276 | Sprint | 814-766-2058-707 | 6/7/2003 | | $2,159.73 | | $34.59 | $120.29 | PRI | 2,3,4 | 1 |
| 277 | Sprint | 814-766-2058-707 | 10/7/2003 | | $2,158.09 | 11333 | $34.54 | $120.20 | PRI | 2,3,4 | 1 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 278 | Sprint | 814-766-2058-707 | 8/7/2003 | | $2,176.22 | 9816 | $35.04 | $121.20 | PRI | 2,3,4 | 1 |
| 279 | Sprint | 814-766-2058-707 | 4/7/2003 | | $2,159.73 | 10251 | $34.59 | $120.29 | PRI | 2,3,4 | 1 |
| 280 | Sprint | 814-766-2058-707 | 2/7/2003 | | $2,172.76 | 9224 | $34.94 | $121.01 | PRI | 2,3,4 | 1 |
| 281 | Sprint | 814-766-2058-707 | 1/7/2003 | | $2,155.15 | 8874 | $34.46 | $120.04 | PRI | 2,3,4 | 1 |
| 282 | Sprint | 814-198-2226-692-42 Y | 10/1/2004 | | $75,118.15 | 15369 | $2,060.84 | $4,122.59 | Dial Access | 2,3,4 | 2 |
| 283 | Sprint | 814-198-2226-692-42 Y | 9/1/2004 | | $75,103.75 | 15203 | $2,060.84 | $4,122.59 | Dial Access | 2,3,4 | 2 |
| 284 | Sprint | 814-928-3118-072 | 2/22/2001 | | $30,086.62 | | $30.58 | $1,761.60 | PRI | 2,3,4 | 1 |
| 298 | Verizon | 35-3040-2357296704-08 | 6/16/2004 | | $15,378.24 | 14203 | $28.12 | $815.82 | Transport Line | 1 | 1 |
| 300 | Verizon | 35-3040-2357296704-08 | 5/16/2004 | | $15,230.52 | 13794 | $23.82 | $815.82 | Transport Line | 1 | 1 |
| 301 | Verizon | 35-3040-2357296704-08 | 4/16/2004 | | $15,082.84 | 13475 | $19.52 | $815.82 | Transport Line | 1 | 1 |
| 305 | Sprint | 814-766-2058-707 | 1/7/2004 | | $2,174.92 | 12259 | $35.00 | $121.13 | PRI | 1 | 1 |
| 306 | Sprint | 814-766-2058-707 | 2/7/2004 | | $2,148.77 | 12663 | $34.28 | $119.69 | PRI | 1 | 1 |
| 307 | Sprint | 814-766-2058-707 | 12/7/2004 | | $2,146.15 | 15785 | $34.21 | $119.54 | PRI | 1 | 1 |
| 308 | Sprint | 814-766-2058-707 | 11/7/2004 | | $2,146.15 | | $34.21 | $119.54 | PRI | 1 | 1 |
| 309 | Sprint | 814-766-2058-707 | 10/7/2004 | | $2,146.15 | 15231 | $34.21 | $119.54 | PRI | 1 | 1 |
| 310 | Sprint | 814-766-2058-707 | 9/7/2004 | | $2,146.15 | | $35.21 | $119.54 | PRI | 1 | 1 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 311 | Sprint | 814-766-2058-707 | 8/7/2004 | | $2,146.15 | | $34.21 | $119.54 | PRI | 1 | 1 |
| 312 | Sprint | 814-766-2058-707 | 7/7/2004 | | $2,136.51 | 14366 | $33.95 | $119.01 | PRI | 1 | 1 |
| 313 | Sprint | 814-766-2058-707 | 6/7/2004 | | $2,148.77 | 14171 | $34.28 | $119.69 | PRI | 1 | 1 |
| 314 | Sprint | 814-766-2058-707 | 5/7/2004 | | $2,148.77 | 13771 | $34.28 | $119.69 | PRI | 1 | 1 |
| 315 | Sprint | 814-766-2058-707 | 4/7/2004 | | $2,148.77 | | $34.28 | $119.69 | PRI | 1 | 1 |
| 316 | Sprint | 814-652-6901-137 | 11/22/2004 | | $4,043.05 | 15623 | $79.07 | $224.38 | PRI | 1 | 1 |
| 317 | Sprint | 814-652-6901-137 | 10/22/2004 | | $4,043.05 | | $79.07 | $224.38 | PRI | 1 | 1 |
| 318 | Sprint | 814-652-6901-137 | 9/22/2004 | | $4,043.05 | 15094 | $79.07 | $224.38 | PRI | 1 | 1 |
| 319 | Sprint | 814-652-6901-137 | 8/22/2004 | | $4,043.05 | 14776 | $79.07 | $224.38 | PRI | 1 | 1 |
| 320 | Sprint | 814-652-6901-137 | 7/22/2004 | | $4,027.41 | 14456 | $78.64 | $223.52 | PRI | 1 | 1 |
| 321 | Sprint | 814-652-6901-137 | 6/22/2004 | | $4,049.15 | 14225 | $79.24 | $224.71 | PRI | 1 | 1 |
| 322 | Sprint | 814-652-6901-137 | 5/22/2004 | | $4,049.15 | 13798 | $79.24 | $224.71 | PRI | 1 | 1 |
| 323 | Sprint | 814-652-6901-137 | 3/22/2004 | | $4,049.15 | 13149 | $79.24 | $224.71 | PRI | 1 | 1 |
| 324 | Sprint | 814-652-6901-137 | 4/22/2004 | | $4,049.15 | 13478 | $79.24 | $224.71 | PRI | 1 | 1 |
| 325 | Sprint | 814-652-6901-137 | 2/22/2004 | | $4,082.40 | 12787 | $80.15 | $226.54 | PRI | 1 | 1 |
| 326 | Sprint | 814-652-6901-137 | 1/22/2004 | | $4,068.98 | | $79.78 | $225.80 | PRI | 1 | 1 |
| 327 | Sprint | 814-652-6901-137 | 12/22/2003 | | $4,070.89 | 12131 | $79.83 | $225.91 | PRI | 1 | 1 |
| 328 | Sprint | 814-624-5155-294 | 5/22/2004 | | $9,293.87 | 1380X | $227.61 | $512.76 | PRI | 1 | 1 |
| 329 | Sprint | 814-624-5155-294 | 6/22/2004 | | $9,293.87 | 14220 | $227.61 | $512.76 | PRI | 1 | 1 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 330 | Sprint | 814-624-5155-294 | 7/22/2004 | | $9,231.74 | 14462 | $225.90 | $509.34 | PRI | 1 | 1 |
| 331 | Sprint | 814-624-5155-294 | 8/22/2004 | | $9,276.43 | 14777 | $227.13 | $511.80 | PRI | 1 | 1 |
| 332 | Sprint | 814-624-5155-294 | 9/22/2004 | | $9,276.43 | 15622 | $229.22 | $515.97 | PRI | 1 | 1 |
| 333 | Sprint | 814-624-5155-294 | 10/22/2004 | | $9,276.43 | 15367 | $227.13 | $511.80 | PRI | 1 | 1 |
| 334 | Sprint | 814-624-5155-294 | 12/22/2004 | | $9,257.90 | 15367 | $226.62 | $510.78 | PRI | 1 | 1 |
| 335 | Sprint | 814-624-5155-294 | 4/22/2004 | | $9,283.87 | 13486 | $227.61 | $512.76 | PRI | 1 | 1 |
| 336 | Sprint | 814-624-5155-294 | 3/22/2004 | | $9,293.87 | 13166 | $227.61 | $512.76 | PRI | 1 | 1 |
| 337 | Sprint | 814-624-5155-294 | 2/22/2004 | | $9,370.31 | 12781 | $229.71 | $516.97 | PRI | 1 | 1 |
| 338 | Sprint | 814-624-5155-294 | 1/22/2004 | | $9,350.55 | 12451 | $229.17 | $515.88 | PRI | 1 | 1 |
| 339 | Sprint | 814-624-5155-294 | 12/22/2003 | | $9,988.57 | 12025 | $239.69 | $551.40 | PRI | 1 | 1 |
| 343 | Sprint | 814-623-0009-958 | 2/22/2004 | | $1,856.27 | | $0.41 | $105.05 | Transport Line | 1 | 1 |
| 352 | Sprint | 922479134 | 1/4/2004 | | $6,224.94 | | $164.47 | $339.44 | Dial Access | 1 | 2 |
| 353 | Sprint | 922479134 | 2/5/2004 | | $8,238.97 | 12687 | $217.06 | $445.48 | Dial Access | 1 | 2 |
| 354 | Sprint | 922479134 | 5/5/2004 | | $6,856.19 | 13614 | $179.81 | $369.91 | Dial Access | 1 | 2 |
| 355 | Verizon | 814-198-2226-692-42 Y | 12/1/2003 | | $75,166.77 | 11872 | $2,062.18 | $4,125.26 | PRI | 1 | 1 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 356 | Verizon | 814-198-2226-692-42 Y | 7/1/2003 | | $75,166.77 | | $2,062.96 | $4,134.55 | PRI | 2,3,4 | 1 |
| 357 | Verizon | 814-198-2226-692-42 Y | 11/1/2003 | | $75,166.77 | 11589 | $2,062.18 | $4,125.26 | PRI | 1 | 1 |
| 358 | Verizon | 814-198-2226-692-42 Y | 10/1/2003 | | $75,166.77 | 11339 | $2,062.18 | $4,125.26 | PRI | 2,3,4 | 1 |
| 359 | Verizon | 814-198-2226-692-42 Y | 9/1/2003 | | $75,206.31 | 11293 | $2,063.07 | $4,127.04 | PRI | 2,3,4 | 1 |
| 360 | Verizon | 814-198-2226-692-42 Y | 8/1/2003 | | $75,195.19 | 10970 | $2,062.96 | $4,126.83 | PRI | 2,3,4 | 1 |
| 361 | Verizon | 814-198-2226-692-42 Y | 3/1/2003 | | $73,543.44 | 10112 | $2,014.17 | $4,036.38 | PRI | 2,3,4 | 1 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 362 | Verizon | 814-198-2226-692-42 Y | 2/1/2003 | | $71,717.58 | 9382 | $1,964.10 | $3,936.14 | PRI | 2,3,4 | 1 |
| 363 | Verizon | 814-198-2226-692-42 Y | 1/1/2003 | | $71,773.84 | 9161 | $1,965.79 | $3,939.30 | PRI | 2,3,4 | 1 |
| 364 | Verizon | 814-940-5330-496-75 Y | 2/16/2003 | | $10,749.12 | | $0.99 | $1.98 | Dial Access | 2,3,4 | 2 |
| 365 | Verizon | 814-198-2226-692-42 Y | 12/1/2002 | | $70,106.24 | 9042 | $1,920.10 | $3,847.71 | PRI | 2,3,4 | 1 |
| 366 | Verizon | 814-198-2226-692-42 Y | 6/1/2003 | | $75,295.11 | 10921 | $2,061.96 | $4,132.54 | PRI | 2,3,4 | 1 |
| 367 | Verizon | 814-198-2226-692-42 Y | 5/1/2003 | | $75,405.50 | 10669 | $2,065.03 | $4,138.62 | PRI | 2,3,4 | 1 |
| 368 | Verizon | 814-198-2226-692-42 Y | 4/1/2003 | | $75,875.36 | 10388 | $2,078.11 | $4,164.54 | PRI | 2,3,4 | 1 |
| 369 | Verizon | 814-198-2226-692-42 Y | 11/1/2002 | | $69,441.58 | 8759 | $1,902.06 | $3,811.32 | PRI | 2,3,4 | 1 |
| 381 | Verizon | 570-320-0300-434-36 Y | 12/4/2004 | | $1,241.03 | 15793 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 382 | Verizon | 570-320-0300-434-36 Y | 11/4/2004 | | $1,241.03 | 15567 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 383 | Verizon | 570-320-0300-434-36 Y | 10/4/2004 | | $1,241.03 | 15228 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 384 | Verizon | 570-320-0300-434-36 Y | 9/4/2004 | | $1,240.79 | 14977 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 385 | Verizon | 570-320-0300-434-36 Y | 8/4/2004 | | $1,241.17 | 14613 | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 386 | Verizon | 570-320-0300-434-36 Y | 7/4/2004 | | $1,241.17 | 14357 | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 387 | Verizon | 570-320-0300-434-36 Y | 6/4/2004 | | $1,241.17 | 13889 | $33.77 | $68.14 | Dial Access | 1 | 2 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 388 | Verizon | 570-320-0300-434-36 Y | 5/4/2004 | | $1,241.17 | | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 389 | Verizon | 570-320-0300-434-36 Y | 4/4/2004 | | $1,241.17 | | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 390 | Verizon | 570-320-0300-434-36 Y | 3/4/2004 | | $1,241.17 | | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 391 | Verizon | 570-320-0300-434-36 Y | 2/4/2004 | | $1,241.17 | 12603 | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 392 | Verizon | 570-320-0300-434-36 Y | 1/4/2004 | | $1,241.17 | 12246 | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 404 | Verizon | 35-30404-232427-189301 | 11/10/2003 | | $5,119.86 | 11711 | $140.60 | $281.21 | PRI | 1 | 1 |
| 405 | Verizon | 35-3040-232427-1893-01 | 10/10/2003 | | $5,148.27 | 11477 | $141.43 | $281.21 | PRI | 2,3,4 | 1 |
| 406 | Verizon | 35-3040-232427-1893-01 | 9/10/2003 | | $5,158.09 | 11200 | $141.72 | $280.98 | PRI | 2,3,4 | 1 |
| 407 | Verizon | 35-3040-232427-1893-01 | 8/10/2003 | | $5,223.56 | 9920 | $143.63 | $280.98 | PRI | 2,3,4 | 1 |
| 408 | Verizon | 35-3040-232427-1893-01 | 7/10/2003 | | $5,225.17 | 9674 | $143.68 | $281.01 | PRI | 2,3,4 | 1 |
| 409 | Verizon | 35-3040-232427-1893-01 | 6/10/2003 | | $5,307.79 | 10904 | $145.95 | $285.55 | PRI | 2,3,4 | 1 |
| 410 | Verizon | 35-3040-232427-1893-01 | 5/10/2003 | | $14,587.70 | 10679 | $146.16 | $285.55 | PRI | 2,3,4 | 1 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 411 | Verizon | 35-3040-232427-1893-01 | 4/10/2003 | | $5,853.52 | 10449 | $160.18 | $346.31 | PRI | 2,3,4 | 1 |
| 412 | Verizon | 35-3040-232427-1893-01 | 3/10/2003 | | $5,685.82 | 10110 | $128.85 | $252.17 | PRI | 2,3,4 | 1 |
| 413 | Verizon | 35-3040232427-1893-01 | 2/10/2003 | | $4,661.32 | 9357 | $128.12 | $252.71 | PRI | 2,3,4 | 1 |
| 414 | Verizon | 35-3040-232427-1893-01 | 1/10/2003 | | $1,935.38 | 9099 | $52.99 | $105.98 | PRI | 2,3,4 | 1 |
| 415 | Verizon | 35-3040-232427-1893-01 | 12/28/2002 | | $4,682.93 | 9081 | $128.76 | $252.03 | PRI | 2,3,4 | 1 |
| 416 | Verizon | 35-3040-232427-1893-01 | 11/28/2002 | | $4,691.60 | 8760 | $129.02 | $252.05 | PRI | 2,3,4 | 1 |
| 417 | Verizon | 814-198-2226-692-42 Y | 4/1/2002 | | $68,327.37 | 6654 | $1,865.83 | $3,751.15 | Dial Access | 2,3,4 | 2 |
| 418 | Verizon | 814-198-2226-692-42 Y | 3/1/2002 | | $60,545.46 | | $1,654.54 | $3,323.90 | Dial Access | 2,3,4 | 2 |
| 419 | Verizon | 814-198-2226-692-42 Y | 8/1/2002 | | $66,244.16 | 7969 | $1,813.66 | $3,635.69 | Dial Access | 2,3,4 | 2 |
| 420 | Verizon | 814-198-2226-692-42 Y | 6/1/2002 | | $62,507.12 | 7210 | $1,814.15 | $3,665.72 | Dial Access | 2,3,4 | 2 |
| 421 | Verizon | 814-198-2226-692-42 Y | 2/1/2002 | | $51,749.31 | 6127 | $1,415.34 | $2,840.39 | Dial Access | 2,3,4 | 2 |
| 422 | Verizon | 814-198-2226-692-42 Y | 7/1/2002 | | $47,963.39 | 7469 | $1,296.17 | $2,630.22 | Dial Access | 2,3,4 | 2 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 423 | Verizon | 814-198-2226-692-42 Y | 5/1/2002 | | $64,374.70 | 6947 | $1,755.04 | $3,533.19 | Dial Access | 2,3,4 | 2 |
| 424 | Verizon | 814-198-2226-692-42 Y | 10/1/2002 | | $66,710.65 | 8485 | $1,827.07 | $3,661.26 | Dial Access | 2,3,4 | 2 |
| 425 | Verizon | 814-198-2226-692-42 Y | 9/1/2002 | | $66,236.88 | 7993 | $1,813.80 | $3,634.73 | Dial Access | 2,3,4 | 2 |
| 426 | Verizon | 814-198-2226-692-42 Y | 3/1/2002 | | $60,545.46 | 64XX | $1,654.54 | $3,323.90 | Dial Access | 2,3,4 | 2 |
| 427 | Verizon | 814-198-2226-692-42 Y | 8/1/2004 | | $74,967.10 | 14783 | $2,056.68 | $4,114.27 | Dial Access | 1 | 2 |
| 428 | Verizon | 814-198-2226-692-42Y | 12/1/2004 | | $75,118.15 | 15585 | $2,060.84 | $4,122.59 | Dial Access | 1 | 2 |
| 429 | Verizon | 814-198-2226-692-42 Y | 11/1/2004 | | $75,118.15 | 15369 | $2,060.84 | $4,122.59 | Dial Access | 1 | 2 |
| 430 | Verizon | 814-198-2226-692-42 Y | 9/1/2004 | | $75,103.75 | 15203 | $2,060.84 | $4,122.59 | Dial Access | 1 | 2 |
| 431 | Verizon | 814-198-2226-692-42 Y | 7/1/2004 | | $74,967.10 | 14464 | $2,056.68 | $4,114.27 | Dial Access | 1 | 2 |
| 432 | Verizon | 814-198-2226-692-42 Y | 6/1/2004 | | $74,943.21 | 14196 | $2,056.03 | $4,112.96 | Dial Access | 1 | 2 |
| 433 | Verizon | 814-198-2226-692-42 Y | 5/1/2004 | | $75,374.34 | 13796 | $2,067.89 | $4,136.69 | Dial Access | 1 | 2 |
| 434 | Verizon | 814-198-2226-692-42 Y | 4/1/2004 | | $74,436.04 | 13473 | $2,042.16 | $4,085.22 | Dial Access | 1 | 2 |

Pennswoods
FET Schedule

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 435 | Verizon | 814-198-2226-692-42 Y | 3/1/2004 | | $74,454.79 | 13145 | $2,042.62 | $4,086.14 | Dial Access | 1 | 2 |
| 436 | Verizon | 814-198-2226-692-42 Y | 2/1/2004 | | $75,111.93 | 12565 | $2,060.67 | $4,122.24 | Dial Access | 1 | 2 |
| 437 | Verizon | 814-198-2226-692-42 Y | 1/1/2004 | | $75,111.93 | 12247 | $2,060.67 | $4,122.24 | Dial Access | 1 | 2 |
| | | | | | | | | | | | |
| | | | | | | | **$105,899.08** | | | | |

# Pennswoods FET Quartlery Tax Breakout

Pennswoods
Q1 2001

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fe Co |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 284 | Sprint | 814-928-3118-072 | 2/22/2001 | | $30,086.62 | | $30.58 | $1,761.60 | PRI | 2,3,4 | 1 |
| | | | | | | | | | | | |
| | | | | | | | **$30.58** | | | | |

Pennswoods
Q1 2002

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 421 | Verizon | 814-198-2226-692-42 Y | 2/1/2002 | | $51,749.31 | 6127 | $1,415.34 | $2,840.39 | Dial Access | 2,3,4 | 2 |
| 418 | Verizon | 814-198-2226-692-42 Y | 3/1/2002 | | $60,545.46 | | $1,654.54 | $3,323.90 | Dial Access | 2,3,4 | 2 |
| 426 | Verizon | 814-198-2226-692-42 Y | 3/1/2002 | | $60,545.46 | 64XX | $1,654.54 | $3,323.90 | Dial Access | 2,3,4 | 2 |
| | | | | | | | | | | | |
| | | | | | | | **$4,724.42** | | | | |

Pennswoods
Q2 2002

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 417 | Verizon | 814-198-2226-692-42 Y | 4/1/2002 | | $68,327.37 | 6654 | $1,865.83 | $3,751.15 | Dial Access | 2,3,4 | 2 |
| 423 | Verizon | 814-198-2226-692-42 Y | 5/1/2002 | | $64,374.70 | 6947 | $1,755.04 | $3,533.19 | Dial Access | 2,3,4 | 2 |
| 420 | Verizon | 814-198-2226-692-42 Y | 6/1/2002 | | $62,507.12 | 7210 | $1,814.15 | $3,665.72 | Dial Access | 2,3,4 | 2 |
| 101 | Sprint | 9.22E+08 | 6/5/2002 | | $11,380.41 | 7170 | $121.12 | $272.13 | Dial Access | 2,3,4 | 2 |
| | | | | | | | | | | | |
| | | | | | | | **$3,690.31** | | | | |

Pennswoods
Q3 2002

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 422 | Verizon | 814-198-2226-692-42 Y | 7/1/2002 | | $47,963.39 | 7469 | $1,296.17 | $2,630.22 | Dial Access | 2,3,4 | 2 |
| 215 | Verizon | 35 3040 23242718 93 01 | 7/28/2002 | | $4,090.07 | | $112.82 | $216.49 | PRI | 2,3,4 | 2 |
| 419 | Verizon | 814-198-2226-692-42 Y | 8/1/2002 | | $66,244.16 | 7969 | $1,813.66 | $3,635.69 | Dial Access | 2,3,4 | 2 |
| 226 | Sprint | 9.22E+08 | 8/5/2002 | 5008-4021 01434 | $5,306.29 | 7743 | $131.05 | $289.07 | Dial Access | 2,3,4 | 2 |
| 233 | Sprint | 814-766-2058-707 | 8/7/2002 | | $1,379.05 | 7689 | $22.00 | $76.81 | PRI | 2,3,4 | 1 |
| 232 | Sprint | 814-624-5155-294 | 8/22/2002 | | $6,155.72 | 7721 | $164.08 | $339.15 | PRI | 2,3,4 | 1 |
| 234 | Sprint | 814-623-0009-958 | 8/22/2002 | | $1,856.40 | 7719 | $0.42 | $105.06 | Transport Line | 2,3,4 | 1 |
| 214 | Verizon | 35 3040 23242718 93 01 | 8/28/2002 | | $4,450.36 | | $122.50 | $235.51 | PRI | 2,3,4 | 2 |
| 425 | Verizon | 814-198-2226-692-42 Y | 9/1/2002 | | $66,236.88 | 7993 | $1,813.80 | $3,634.73 | Dial Access | 2,3,4 | 2 |
| 225 | Sprint | 9.22E+08 | 9/5/2002 | 5009-4021 015-041 | $6,685.19 | 79XX | $168.06 | $365.19 | Dial Access | 2,3,4 | 2 |
| 227 | Sprint | 814-624-5155-294 | 9/22/2002 | | $6,155.65 | 7984 | $164.08 | $339.15 | Dial Access | 2,3,4 | 2 |
| 228 | Sprint | 814-623-0009-958 | 9/22/2002 | | $1,856.40 | | $0.42 | $105.48 | Transport Line | 2,3,4 | 1 |
| 229 | Sprint | 814-624-2424-266 | 9/22/2002 | | $1,082.76 | | $18.43 | $58.81 | Dial Access | 2,3,4 | 2 |

Pennswoods
Q3 2002

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 230 | Sprint | 814-652-6901-137 | 9/22/2002 | | $3,338.41 | 7983 | $65.83 | $185.24 | PRI | 2,3,4 | 1 |
| 231 | Sprint | 814-766-2058-707 | 9/22/2002 | | $1,379.05 | 7947 | $22.00 | $76.81 | PRI | 2,3,4 | 1 |
| 213 | Verizon | 35 3040 23242718 93 01 | 9/28/2002 | | $4,145.93 | | $114.16 | $217.92 | PRI | 2,3,4 | 2 |
| | | | | | | | | | | | |
| | | | | | | | **$6,029.48** | | | | |

Pennswoods
Q4 2002

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 424 | Verizon | 814-198-2226-692-42 Y | 10/1/2002 | | $66,710.65 | 8485 | $1,827.07 | $3,661.26 | Dial Access | 2,3,4 | 2 |
| 243 | Sprint | 9.22E+08 | 10/5/2002 | 5010-4021 0094-98 | $5,949.10 | 8268 | $147.55 | $324.25 | Dial Access | 2,3,4 | 2 |
| 235 | Sprint | 814-624-5155-294 | 10/22/2002 | | $6,155.63 | 8263 | $164.08 | $339.14 | PRI | 2,3,4 | 1 |
| 236 | Sprint | 814-623-0009-958 | 10/22/2002 | | $1,856.40 | 8262 | $0.42 | $105.06 | Transport Line | 2,2,4 | 1 |
| 237 | Sprint | 814-928-3102-601 | 10/22/2002 | | $17.58 | 8262 | $0.48 | $0.97 | Dial Access | 2,3,4 | 2 |
| 238 | Sprint | 814-623-0009-221 | 10/22/2002 | | $674.73 | 8262 | $3.69 | $37.98 | Frame Relay | 2,3,4 | 1 |
| 239 | Sprint | 814-652-9293-038 | 10/22/2002 | | $17.58 | 8262 | $0.48 | $0.97 | Dial Access | 2,3,4 | 2 |
| 240 | Sprint | 814-624-2424-266 | 10/22/2002 | | $1,081.31 | 8262 | $18.43 | $58.81 | Dial Access | 2,3,4 | 2 |
| 241 | Sprint | 814-623-0009-931 | 10/22/2002 | | $452.62 | 8262 | $8.07 | $25.16 | Frame Relay | 2,3,4 | 1 |
| 242 | Sprint | 814-652-6901-137 | 10/22/2002 | | $3,338.41 | 8260 | $65.83 | $185.24 | PRI | 2,3,4 | 1 |
| 212 | Verizon | 35 3040 23242718 93 01 | 10/28/2002 | | $5,938.51 | | $148.02 | $321.45 | PRI | 2,3,4 | 2 |
| 369 | Verizon | 814-198-2226-692-42 Y | 11/1/2002 | | $69,441.58 | 8759 | $1,902.06 | $3,811.32 | PRI | 2,3,4 | 1 |
| 224 | Sprint | 9.22E+08 | 11/6/2002 | 5011-4021 011-509 | $5,918.66 | 8515 | $147.87 | $365.19 | T-1, Dial Access | 2,3,4 | 2 |

Pennswoods
Q4 2002

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 216 | Sprint | 814-766-2058-707 | 11/7/2002 | | $1,428.44 | 8465 | $23.05 | $79.55 | PRI | 2,3,4 | 2 |
| 217 | Sprint | 814-624-2424-266 | 11/22/2002 | | $2,292.91 | 8505 | $20.70 | $65.98 | Dial Access | 2,3,4 | 2 |
| 218 | Sprint | 814-623-0009-958 | 11/22/2002 | | $1,856.40 | 8505 | $0.42 | $105.06 | Transport Line | 2,3,4 | 1 |
| 219 | Sprint | 814-652-9293-038 | 11/22/2002 | | $17.58 | 8505 | $0.48 | $0.97 | Dial Access | 2,3,4 | 2 |
| 220 | Sprint | 814-928-3102-601 | 11/22/2002 | | $17.58 | 8505 | $0.48 | $0.97 | Dial Access | 2,3,4 | 2 |
| 221 | Sprint | 814-623-0009-221 | 11/22/2002 | | $674.73 | 8505 | $3.69 | $37.98 | Frame Relay | 2,3,4 | 1 |
| 222 | Sprint | 814-652-6901-137 | 11/22/2002 | | $4,644.39 | 8507 | $89.00 | $257.85 | PRI | 2,3,4 | 2 |
| 223 | Sprint | 814-624-5155-294 | 11/22/2002 | | $7,718.29 | 8504 | $194.77 | $425.86 | PRI | 2,3,4 | 2 |
| 416 | Verizon | 35-3040-232427-1893-01 | 11/28/2002 | | $4,691.60 | 8760 | $129.02 | $252.05 | PRI | 2,3,4 | 1 |
| 365 | Verizon | 814-198-2226-692-42 Y | 12/1/2002 | | $70,106.24 | 9042 | $1,920.10 | $3,847.71 | PRI | 2,3,4 | 1 |
| 108 | Sprint | 9.22E+08 | 12/16/2002 | | $5,918.66 | 8515 | | | Dial Access | 2,3,4 | 2 |
| 257 | Sprint | 814-624-5155-294 | 12/22/2002 | | $7,975.47 | 8775 | $204.86 | $439.85 | PRI | 2,3,4 | 1 |
| 258 | Sprint | 814-624-5155-294 | 12/22/2002 | | $7,975.47 | 8775 | $204.86 | $439.85 | PRI | 2,3,4 | 1 |
| 271 | Sprint | 814-623-0009-958 | 12/22/2002 | | $1,856.40 | 8772 | $0.42 | $105.06 | Transport Line | 2,3,4 | 1 |
| 415 | Verizon | 35-3040-232427-1893-01 | 12/28/2002 | | $4,682.93 | 9081 | $128.76 | $252.03 | PRI | 2,3,4 | 1 |
| 100 | Sprint | 814-766-2058-707 | 12/31/2002 | | $2,447.13 | 8646 | $8,646.00 | $136.38 | PRI | 2,3,4 | 2 |

Pennswoods
Q4 2002

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | $16,000.66 | | | | |

Pennswoods
Q1 2003

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 363 | Verizon | 814-198-2226-692-42 Y | 1/1/2003 | | $71,773.84 | 9161 | $1,965.79 | $3,939.30 | PRI | 2,3,4 |
| 111 | Sprint | 922479134 | 1/5/2003 | 5001-403-101-0664 | $5,882.05 | 8782 | $146.57 | $321.25 | Dial Access | 2,3,4 |
| 281 | Sprint | 814-766-2058-707 | 1/7/2003 | | $2,155.15 | 8874 | $34.46 | $120.04 | PRI | 2,3,4 |
| 186 | Verizon | 570 819-1200-440 71Y | 1/10/2003 | | $828.28 | | $22.51 | $45.47 | T-1 | 2,3,4 |
| 414 | Verizon | 35-3040-232427-1893-01 | 1/10/2003 | | $1,935.38 | 9099 | $52.99 | $105.98 | PRI | 2,3,4 |
| 255 | Sprint | 814-624-5155-294 | 1/22/2003 | | $7,483.70 | 9078 | $194.97 | $412.57 | PRI | 2,3,4 |
| 362 | Verizon | 814-198-2226-692-42 Y | 2/1/2003 | | $71,717.58 | 9382 | $1,964.10 | $3,936.14 | PRI | 2,3,4 |
| 110 | Sprint | 922479134 | 2/5/2003 | 5002-4031 009-573 | $6,969.86 | 9363 | $174.74 | $382.06 | Dial Access | 2,3,4 |
| 280 | Sprint | 814-766-2058-707 | 2/7/2003 | | $2,172.76 | 9224 | $34.94 | $121.01 | PRI | 2,3,4 |
| 187 | Verizon | 570 819-1200-440 71Y | 2/10/2003 | | $828.28 | | $22.51 | $45.47 | T-1 | 2,3,4 |
| 413 | Verizon | 35-3040232427-1893-01 | 2/10/2003 | | $4,661.32 | 9357 | $128.12 | $252.71 | PRI | 2,3,4 |
| 364 | Verizon | 814-940-5330-496-75 Y | 2/16/2003 | | $10,749.12 | | $0.99 | $1.98 | Dial Access | 2,3,4 |
| 256 | Sprint | 814-624-5155-294 | 2/22/2003 | | $7,479.69 | 9369 | $194.86 | $412.35 | PRI | 2,3,4 |

Pennswoods
Q1 2003

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 361 | Verizon | 814-198-2226-692-42 Y | 3/1/2003 | | $73,543.44 | 10112 | $2,014.17 | $4,036.38 | PRI | 2,3,4 |
| 109 | Sprint | 922479134 | 3/5/2003 | 5003-4031 009-373 | $6,683.47 | 101 | $168.16 | $364.45 | Dial Access | 2,3,4 |
| 188 | Verizon | 570 819-1200-440 71Y | 3/10/2003 | | $1,667.22 | | $22.82 | $45.47 | T-1 | 2,3,4 |
| 412 | Verizon | 35-3040-232427-1893-01 | 3/10/2003 | | $5,685.82 | 10110 | $128.85 | $252.17 | PRI | 2,3,4 |
| 254 | Sprint | 814-624-5155-294 | 3/22/2003 | | $7,492.63 | 10104 | $195.22 | $413.06 | PRI | 2,3,4 |
| | | | | | | | | | | |
| | | | | | | | **$7,466.77** | | | |

Pennswoods
Q2 2003

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 368 | Verizon | 814-198-2226-692-42 Y | 4/1/2003 | | $75,875.36 | 10388 | $2,078.11 | $4,164.54 | PRI | 2,3,4 | 1 |
| 107 | Sprint | 9.22E+08 | 4/5/2003 | 5004-3031 020-077 | $6,527.79 | 10297 | $164.57 | $357.10 | Dial Access | 2,3,4 | 2 |
| 279 | Sprint | 814-766-2058-707 | 4/7/2003 | | $2,159.73 | 10251 | $34.59 | $120.29 | PRI | 2,3,4 | 1 |
| 189 | Verizon | 570 819-1200-440 71Y | 4/10/2003 | | $1,333.82 | | $33.39 | $73.23 | T-1 | 2,3,4 | 2 |
| 411 | Verizon | 35-3040-232427-1893-01 | 4/10/2003 | | $5,853.52 | 10449 | $160.18 | $346.31 | PRI | 2,3,4 | 1 |
| 253 | Sprint | 814-624-5155-294 | 4/22/2003 | | $10,247.06 | 10446 | $242.04 | $566.32 | PRI | 2,3,4 | 1 |
| 267 | Sprint | 814-623-0009-221 | 4/22/2003 | | $669.22 | 10389 | $3.54 | $37.68 | Transport Line | 2,3,4 | 1 |
| 367 | Verizon | 814-198-2226-692-42 Y | 5/1/2003 | | $75,405.50 | 10669 | $2,065.03 | $4,138.62 | PRI | 2,3,4 | 1 |
| 106 | Sprint | 9.22E+08 | 5/4/2003 | 5005-3031 019-668 | $6,087.62 | | | | Dial Access | 2,3,4 | 2 |
| 190 | Verizon | 570 819-1200-440 71Y | 5/10/2003 | | $1,238.44 | | $33.76 | $67.98 | T-1 | 2,3,4 | 2 |
| 410 | Verizon | 35-3040-232427-1893-01 | 5/10/2003 | | $14,587.70 | 10679 | $146.16 | $285.55 | PRI | 2,3,4 | 1 |
| 252 | Sprint | 814-624-5155-294 | 5/22/2003 | | $8,804.85 | 10672 | $220.02 | $485.93 | PRI | 2,3,4 | 1 |
| 366 | Verizon | 814-198-2226-692-42 Y | 6/1/2003 | | $75,295.11 | 10921 | $2,061.96 | $4,132.54 | PRI | 2,3,4 | 1 |

Pennswoods
Q2 2003

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 105 | Sprint | 9.22E+08 | 6/5/2003 | 5006-3031 0194-07 | $6,847.56 | 107 | $166.56 | $370.62 | Dial Access | 2,3,4 | 2 |
| 276 | Sprint | 814-766-2058-707 | 6/7/2003 | | $2,159.73 | | $34.59 | $120.29 | PRI | 2,3,4 | 1 |
| 191 | Verizon | 570 819-1200-440 71Y | 6/10/2003 | | $1,239.77 | | $33.76 | $68.06 | T-1 | 2,3,4 | 2 |
| 409 | Verizon | 35-3040-232427-1893-01 | 6/10/2003 | | $5,307.79 | 10904 | $145.95 | $285.55 | PRI | 2,3,4 | 1 |
| 251 | Sprint | 814-624-5155-294 | 6/22/2003 | | $8,777.88 | 9732 | $217.71 | $481.32 | PRI | 2,3,4 | 1 |
| | | | | | | | | | | | |
| | | | | | | | **$7,841.92** | | | | |

Pennswoods
Q3 2003

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 356 | Verizon | 814-198-2226-692-42 Y | 7/1/2003 | | $75,166.77 | | $2,062.96 | $4,134.55 | PRI | 2,3,4 | 1 |
| 102 | Sprint | 9.22E+08 | 7/5/2003 | 5007-3031 0133868 | $5,139.38 | 9611 | $130.23 | $280.94 | Dial Access | 2,3,4 | 2 |
| 184 | Verizon | 570 819 1200 440 71 Y | 7/10/2003 | | $1,239.77 | | $33.76 | $68.06 | T-1 | 2,3,4 | 2 |
| 408 | Verizon | 35-3040-232427-1893-01 | 7/10/2003 | | $5,225.17 | 9674 | $143.68 | $281.01 | PRI | 2,3,4 | 1 |
| 263 | Sprint | 814-623-0009-958 | 7/22/2003 | | $1,856.27 | | $0.41 | $105.05 | Transport Line | 2,3,4 | 1 |
| 360 | Verizon | 814-198-2226-692-42 Y | 8/1/2003 | | $75,195.19 | 10970 | $2,062.96 | $4,126.83 | PRI | 2,3,4 | 1 |
| 103 | Sprint | 9.22E+08 | 8/5/2003 | 5008-3031 008-003 | $6,091.18 | | $155.10 | $332.49 | Dial Access | 2,3,4 | 2 |
| 278 | Sprint | 814-766-2058-707 | 8/7/2003 | | $2,176.22 | 9816 | $35.04 | $121.20 | PRI | 2,3,4 | 1 |
| 183 | Verizon | 570 819 1200 440 71 Y | 8/10/2003 | | $1,235.79 | | $33.76 | $67.83 | T-1 | 2,3,4 | 2 |

Pennswoods
Q3 2003

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 407 | Verizon | 35-3040-232427-1893-01 | 8/10/2003 | | $5,223.56 | 9920 | $143.63 | $280.98 | PRI | 2,3,4 | 1 |
| 250 | Sprint | 814-624-5155-294 | 8/22/2003 | | $8,713.83 | 10960 | $217.51 | $480.92 | PRI | 2,3,4 | 1 |
| 359 | Verizon | 814-198-2226-692-42 Y | 9/1/2003 | | $75,206.31 | 11293 | $2,063.07 | $4,127.04 | PRI | 2,3,4 | 1 |
| 104 | Sprint | 9.22E+08 | 9/5/2003 | 5009-3031005-739 | $7,895.29 | 11091 | $210.97 | $432.28 | Dial Access | 2,3,4 | 2 |
| 275 | Sprint | 814-766-2058-707 | 9/7/2003 | | $2,158.58 | 11182 | $34.55 | $120.23 | PRI | 2,3,4 | 1 |
| 185 | Verizon | 570 819 1200 440 71 Y | 9/10/2003 | | $1,235.99 | | $33.77 | $67.84 | T-1 | 2,3,4 | 2 |
| 406 | Verizon | 35-3040-232427-1893-01 | 9/10/2003 | | $5,158.09 | 11200 | $141.72 | $280.98 | PRI | 2,3,4 | 1 |
| 249 | Sprint | 814-624-5155-294 | 9/22/2003 | | $8,719.83 | 11249 | $217.51 | $480.92 | PRI | 2,3,4 | 1 |
| 261 | Sprint | 814-623-0009-958 | 9/22/2003 | | $1,856.27 | 11215 | $0.41 | $105.05 | Transport Line | 2,3,4 | 1 |

**$7,721.04**

Pennswoods
Q4 2003

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 358 | Verizon | 814-198-2226-692-42 Y | 10/1/2003 | | $75,166.77 | 11339 | $2,062.18 | $4,125.26 | PRI | 2,3,4 | 1 |
| 246 | Sprint | 9.22E+08 | 10/5/2003 | 5010-3031 007-579 | $6,537.76 | 11390 | $173.37 | $357.47 | Dial Access | 2,3,4 | 2 |
| 277 | Sprint | 814-766-2058-707 | 10/7/2003 | | $2,158.09 | 11333 | $34.54 | $120.20 | PRI | 2,3,4 | 1 |
| 405 | Verizon | 35-3040-232427-1893-01 | 10/10/2003 | | $5,148.27 | 11477 | $141.43 | $281.21 | PRI | 2,3,4 | 1 |
| 248 | Sprint | 814-624-5155-294 | 10/22/2003 | | $8,788.02 | 11506 | $219.39 | $484.68 | PRI | 2,3,4 | 1 |
| 260 | Sprint | 814-623-0009-958 | 10/22/2003 | | $1,856.28 | | $0.41 | $105.05 | Transport Line | 2,3,4 | 1 |
| 357 | Verizon | 814-198-2226-692-42 Y | 11/1/2003 | | $75,166.77 | 11589 | $2,062.18 | $4,125.26 | PRI | 1 | 1 |
| 245 | Sprint | 9.22E+08 | 11/5/2003 | | $6,725.51 | 11690 | $178.91 | $367.19 | Dial Access | 1 | 2 |
| 274 | Sprint | 814-766-2058-707 | 11/7/2003 | | $2,158.09 | 11636 | $34.54 | $120.20 | PRI | 1 | 1 |
| 404 | Verizon | 35-30404-232427-189301 | 11/10/2003 | | $5,119.86 | 11711 | $140.60 | $281.21 | PRI | 1 | 1 |
| 247 | Sprint | 814-624-5155-294 | 11/22/2003 | | $8,788.04 | 11773 | $219.39 | $484.68 | PRI | 1 | 1 |

Pennswoods
Q4 2003

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 259 | Sprint | 814-623-0009-958 | 11/22/2003 | | $1,856.16 | | $0.41 | $105.04 | Transport Line | 1 | 1 |
| 355 | Verizon | 814-198-2226-692-42 Y | 12/1/2003 | | $75,166.77 | 11872 | $2,062.18 | $4,125.26 | PRI | 1 | 1 |
| 112 | Sprint | 9.22E+08 | 12/5/2003 | 5012-4021 012-740 | $6,233.03 | 8515 | $157.16 | $341.52 | Dial Access | 1 | 2 |
| 244 | Sprint | 9.22E+08 | 12/5/2003 | 5012-2031 018-465 | $7,106.91 | 11956 | $188.90 | $388.41 | Dial Access | 1 | 2 |
| 272 | Sprint | 814-766-2058-707 | 12/7/2003 | | $2,175.73 | 11955 | $35.03 | $121.17 | PRI | 1 | 1 |
| 273 | Sprint | 814-356-3640-820 | 12/7/2003 | | $90.04 | 11955 | $2.46 | $1.07 | PRI | 1 | 1 |
| 327 | Sprint | 814-652-6901-137 | 12/22/2003 | | $4,070.89 | 12131 | $79.83 | $225.91 | PRI | 1 | 1 |
| 339 | Sprint | 814-624-5155-294 | 12/22/2003 | | $9,988.57 | 12025 | $239.69 | $551.40 | PRI | 1 | 1 |
| | | | | | | | | | | | |
| | | | | | | | **$8,032.60** | | | | |

Pennswoods
Q1 2004

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 437 | Verizon | 814-198-2226-692-42 Y | 1/1/2004 | | $75,111.93 | 12247 | $2,060.67 | $4,122.24 | Dial Access | 1 | 2 |
| 352 | Sprint | 9.22E+08 | 1/4/2004 | | $6,224.94 | | $164.47 | $339.44 | Dial Access | 1 | 2 |
| 392 | Verizon | 570-320-0300-434-36 Y | 1/4/2004 | | $1,241.17 | 12246 | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 305 | Sprint | 814-766-2058-707 | 1/7/2004 | | $2,174.92 | 12259 | $35.00 | $121.13 | PRI | 1 | 1 |
| 326 | Sprint | 814-652-6901-137 | 1/22/2004 | | $4,068.98 | | $79.78 | $225.80 | PRI | 1 | 1 |
| 338 | Sprint | 814-624-5155-294 | 1/22/2004 | | $9,350.55 | 12451 | $229.17 | $515.88 | PRI | 1 | 1 |
| 436 | Verizon | 814-198-2226-692-42 Y | 2/1/2004 | | $75,111.93 | 12565 | $2,060.67 | $4,122.24 | Dial Access | 1 | 2 |
| 391 | Verizon | 570-320-0300-434-36 Y | 2/4/2004 | | $1,241.17 | 12603 | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 353 | Sprint | 9.22E+08 | 2/5/2004 | | $8,238.97 | 12687 | $217.06 | $445.48 | Dial Access | 1 | 2 |
| 306 | Sprint | 814-766-2058-707 | 2/7/2004 | | $2,148.77 | 12663 | $34.28 | $119.69 | PRI | 1 | 1 |
| 325 | Sprint | 814-652-6901-137 | 2/22/2004 | | $4,082.40 | 12787 | $80.15 | $226.54 | PRI | 1 | 1 |
| 337 | Sprint | 814-624-5155-294 | 2/22/2004 | | $9,370.31 | 12781 | $229.71 | $516.97 | PRI | 1 | 1 |
| 343 | Sprint | 814-623-0009-958 | 2/22/2004 | | $1,856.27 | | $0.41 | $105.05 | Transport Line | 1 | 1 |
| 435 | Verizon | 814-198-2226-692-42 Y | 3/1/2004 | | $74,454.79 | 13145 | $2,042.62 | $4,086.14 | Dial Access | 1 | 2 |

Pennswoods
Q1 2004

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 390 | Verizon | 570-320-0300-434-36 Y | 3/4/2004 | | $1,241.17 | | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 323 | Sprint | 814-652-6901-137 | 3/22/2004 | | $4,049.15 | 13149 | $79.24 | $224.71 | PRI | 1 | 1 |
| 336 | Sprint | 814-624-5155-294 | 3/22/2004 | | $9,293.87 | 13166 | $227.61 | $512.76 | PRI | 1 | 1 |
| | | | | | | | | | | | |
| | | | | | | | **$7,642.15** | | | | |

Pennswoods
Q2 2004

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 434 | Verizon | 814-198-2226-692-42 Y | 4/1/2004 | | $74,436.04 | 13473 | $2,042.16 | $4,085.22 | Dial Access | 1 | 2 |
| 389 | Verizon | 570-320-0300-434-36 Y | 4/4/2004 | | $1,241.17 | | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 315 | Sprint | 814-766-2058-707 | 4/7/2004 | | $2,148.77 | | $34.28 | $119.69 | PRI | 1 | 1 |
| 301 | Verizon | 35-3040-23572967 04-08 | 4/16/2004 | | $15,082.84 | 13475 | $19.52 | $815.82 | Transport Line | 1 | 1 |
| 324 | Sprint | 814-652-6901-137 | 4/22/2004 | | $4,049.15 | 13478 | $79.24 | $224.71 | PRI | 1 | 1 |
| 335 | Sprint | 814-624-5155-294 | 4/22/2004 | | $9,283.87 | 13486 | $227.61 | $512.76 | PRI | 1 | 1 |
| 433 | Verizon | 814-198-2226-692-42 Y | 5/1/2004 | | $75,374.34 | 13796 | $2,067.89 | $4,136.69 | Dial Access | 1 | 2 |
| 388 | Verizon | 570-320-0300-434-36 Y | 5/4/2004 | | $1,241.17 | | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 354 | Sprint | 9.22E+08 | 5/5/2004 | | $6,856.19 | 13614 | $179.81 | $369.91 | Dial Access | 1 | 2 |
| 314 | Sprint | 814-766-2058-707 | 5/7/2004 | | $2,148.77 | 13771 | $34.28 | $119.69 | PRI | 1 | 1 |
| 300 | Verizon | 35-3040-23572967 04-08 | 5/16/2004 | | $15,230.52 | 13794 | $23.82 | $815.82 | Transport Line | 1 | 1 |
| 322 | Sprint | 814-652-6901-137 | 5/22/2004 | | $4,049.15 | 13798 | $79.24 | $224.71 | PRI | 1 | 1 |
| 328 | Sprint | 814-624-5155-294 | 5/22/2004 | | $9,293.87 | 1380X | $227.61 | $512.76 | PRI | 1 | 1 |
| 432 | Verizon | 814-198-2226-692-42 Y | 6/1/2004 | | $74,943.21 | 14196 | $2,056.03 | $4,112.96 | Dial Access | 1 | 2 |

Pennswoods
Q2 2004

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 387 | Verizon | 570-320-0300-434-36 Y | 6/4/2004 | | $1,241.17 | 13889 | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 313 | Sprint | 814-766-2058-707 | 6/7/2004 | | $2,148.77 | 14171 | $34.28 | $119.69 | PRI | 1 | 1 |
| 298 | Verizon | 35-3040-2357296704-08 | 6/16/2004 | | $15,378.24 | 14203 | $28.12 | $815.82 | Transport Line | 1 | 1 |
| 321 | Sprint | 814-652-6901-137 | 6/22/2004 | | $4,049.15 | 14225 | $79.24 | $224.71 | PRI | 1 | 1 |
| 329 | Sprint | 814-624-5155-294 | 6/22/2004 | | $9,293.87 | 14220 | $227.61 | $512.76 | PRI | 1 | 1 |
| | | | | | | | | | | | |
| | | | | | | | **$7,542.05** | | | | |

Pennswoods
Q3 2004

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 431 | Verizon | 814-198-2226-692-42 Y | 7/1/2004 | | $74,967.10 | 14464 | $2,056.68 | $4,114.27 | Dial Access | 1 | 2 |
| 386 | Verizon | 570-320-0300-434-36 Y | 7/4/2004 | | $1,241.17 | 14357 | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 312 | Sprint | 814-766-2058-707 | 7/7/2004 | | $2,136.51 | 14366 | $33.95 | $119.01 | PRI | 1 | 1 |
| 320 | Sprint | 814-652-6901-137 | 7/22/2004 | | $4,027.41 | 14456 | $78.64 | $223.52 | PRI | 1 | 1 |
| 330 | Sprint | 814-624-5155-294 | 7/22/2004 | | $9,231.74 | 14462 | $225.90 | $509.34 | PRI | 1 | 1 |
| 427 | Verizon | 814-198-2226-692-42 Y | 8/1/2004 | | $74,967.10 | 14783 | $2,056.68 | $4,114.27 | Dial Access | 1 | 2 |
| 385 | Verizon | 570-320-0300-434-36 Y | 8/4/2004 | | $1,241.17 | 14613 | $33.77 | $68.14 | Dial Access | 1 | 2 |
| 311 | Sprint | 814-766-2058-707 | 8/7/2004 | | $2,146.15 | | $34.21 | $119.54 | PRI | 1 | 1 |
| 319 | Sprint | 814-652-6901-137 | 8/22/2004 | | $4,043.05 | 14776 | $79.07 | $224.38 | PRI | 1 | 1 |
| 331 | Sprint | 814-624-5155-294 | 8/22/2004 | | $9,276.43 | 14777 | $227.13 | $511.80 | PRI | 1 | 1 |
| 283 | Sprint | 814-198-2226-692-42 Y | 9/1/2004 | | $75,103.75 | 15203 | $2,060.84 | $4,122.59 | Dial Access | 2,3,4 | 2 |
| 430 | Verizon | 814-198-2226-692-42 Y | 9/1/2004 | | $75,103.75 | 15203 | $2,060.84 | $4,122.59 | Dial Access | 1 | 2 |
| 384 | Verizon | 570-320-0300-434-36 Y | 9/4/2004 | | $1,240.79 | 14977 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 310 | Sprint | 814-766-2058-707 | 9/7/2004 | | $2,146.15 | | $35.21 | $119.54 | PRI | 1 | 1 |

Pennswoods
Q3 2004

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 318 | Sprint | 814-652-6901-137 | 9/22/2004 | | $4,043.05 | 15094 | $79.07 | $224.38 | PRI | 1 | 1 |
| 332 | Sprint | 814-624-5155-294 | 9/22/2004 | | $9,276.43 | 15622 | $229.22 | $515.97 | PRI | 1 | 1 |
| | | | | | | | | | | | |
| | | | | | | | **$9,358.74** | | | | |

Pennswoods
Q4 2004

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 282 | Sprint | 814-198-2226-692-42 Y | 10/1/2004 | | $75,118.15 | 15369 | $2,060.84 | $4,122.59 | Dial Access | 2,3,4 | 2 |
| 383 | Verizon | 570-320-0300-434-36 Y | 10/4/2004 | | $1,241.03 | 15228 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 309 | Sprint | 814-766-2058-707 | 10/7/2004 | | $2,146.15 | 15231 | $34.21 | $119.54 | PRI | 1 | 1 |
| 317 | Sprint | 814-652-6901-137 | 10/22/2004 | | $4,043.05 | | $79.07 | $224.38 | PRI | 1 | 1 |
| 333 | Sprint | 814-624-5155-294 | 10/22/2004 | | $9,276.43 | 15367 | $227.13 | $511.80 | PRI | 1 | 1 |
| 429 | Verizon | 814-198-2226-692-42 Y | 11/1/2004 | | $75,118.15 | 15369 | $2,060.84 | $4,122.59 | Dial Access | 1 | 2 |
| 382 | Verizon | 570-320-0300-434-36 Y | 11/4/2004 | | $1,241.03 | 15567 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 308 | Sprint | 814-766-2058-707 | 11/7/2004 | | $2,146.15 | | $34.21 | $119.54 | PRI | 1 | 1 |
| 316 | Sprint | 814-652-6901-137 | 11/22/2004 | | $4,043.05 | 15623 | $79.07 | $224.38 | PRI | 1 | 1 |
| 175 | Verizon | 1.32E+08 | 12/1/2004 | 12801 | $812.25 | | $5.76 | $71.53 | T-3 | 1 | 2 |
| 428 | Verizon | 814-198-2226-692-42Y | 12/1/2004 | | $75,118.15 | 15585 | $2,060.84 | $4,122.59 | Dial Access | 1 | 2 |

Pennswoods
Q4 2004

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 381 | Verizon | 570-320-0300-434-36 Y | 12/4/2004 | | $1,241.03 | 15793 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 307 | Sprint | 814-766-2058-707 | 12/7/2004 | | $2,146.15 | 15785 | $34.21 | $119.54 | PRI | 1 | 1 |
| 144 | Verizon | 814-532-0450-555-95 Y | 12/10/2004 | | $6,053.16 | | $166.22 | $332.45 | PRI | 1 | 1 |
| 125 | Sprint | 814-624-2424-266 | 12/22/2004 | | $960.53 | V194 | $14.79 | $52.22 | Dial Access | 1 | 2 |
| 334 | Sprint | 814-624-5155-294 | 12/22/2004 | | $9,257.90 | 15367 | $226.62 | $510.78 | PRI | 1 | 1 |
| | | | | | | | | | | | |
| | | | | | | | **$7,185.09** | | | | |

Pennswoods
Q1 2005

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 154 | Verizon | 814-198-2265-021-83 Y | 1/1/2005 | | $1,019.15 | | $28.05 | $56.10 | Dial Access | 1 | 2 |
| 169 | Verizon | 1.32E+08 | 1/1/2005 | 12801 | $815.19 | | $5.85 | $71.68 | T-3 | 1 | 2 |
| 176 | Verizon | 1.32E+08 | 1/1/2005 | 12801 | $815.19 | | $5.85 | $71.66 | T-3 | 1 | 2 |
| 119 | Sprint | 814-766-2058-707 | 1/7/2005 | | $2,145.67 | 16121 | $34.20 | $119.52 | PRI | 1 | 2 |
| 145 | Verizon | 814-532-0450-555-95 Y | 1/10/2005 | | $6,102.56 | | $167.63 | $333.65 | PRI | 1 | 1 |
| 178 | Verizon | 1.32E+08 | 1/16/2005 | 16358 | $961.91 | | $0.01 | $60.04 | T-1 | 1 | 2 |
| 124 | Sprint | 814-624-2424-266 | 1/22/2005 | | $965.41 | V332 | $15.06 | $52.77 | Dial Access | 1 | 2 |
| 153 | Verizon | 814-198-2265-021-83 Y | 2/1/2005 | | $1,019.15 | | $28.05 | $56.10 | Dial Access | 1 | 2 |
| 158 | Verizon | 814-198-2226-692-42 Y | 2/1/2005 | | $75,352.96 | | $2,067.30 | $4,135.51 | Dial Access | 1 | 2 |

Pennswoods
Q1 2005

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 170 | Verizon | 1.32E+08 | 2/1/2005 | 12801 | $818.19 | | $5.94 | $71.80 | T-3 | 1 | 2 |
| 135 | Verizon | 570-320-0300-434-36 Y | 2/4/2005 | | $1,241.03 | V403 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 118 | Sprint | 814-766-2058-707 | 2/7/2005 | | $2,140.76 | | $34.06 | $119.25 | PRI | 1 | 2 |
| 146 | Verizon | 814-532-0450-555-95 Y | 2/10/2005 | | $6,125.66 | | $168.31 | $333.37 | PRI | 1 | 1 |
| 123 | Sprint | 814-624-2424-266 | 2/22/2005 | | $965.19 | V408 | $15.02 | $52.69 | Dial Access | 1 | 2 |
| 152 | Verizon | 814-198-2265-021-83 Y | 3/1/2005 | | $1,019.15 | | $28.05 | $56.10 | Dial Access | 1 | 2 |
| 157 | Verizon | 814-198-2226-692-42 Y | 3/1/2005 | | $75,195.48 | | $2,062.97 | $4,126.84 | Dial Access | 1 | 2 |
| 171 | Verizon | 1.32E+08 | 3/1/2005 | 12801 | $831.46 | | $6.32 | $72.42 | T-3 | 1 | 2 |
| 134 | Verizon | 570-320-0300-434-36 Y | 3/4/2005 | | $1,241.03 | V526 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 147 | Verizon | 814-532-0450-555-95 Y | 3/10/2005 | | $6,136.48 | | $168.65 | $332.40 | PRI | 1 | 1 |

Pennswoods
Q1 2005

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | Sprint | 814-624-5155-294 | 3/22/2005 | | $9,149.99 | 16790 | $226.14 | $509.82 | PRI | 1 | 2 |
| 122 | Sprint | 814-624-2424-266 | 3/22/2005 | | $968.35 | V579 | $15.11 | $52.86 | Dial Access | 1 | 2 |
| | | | | | | | | | | | |
| | | | | | | | **$5,150.09** | | | | |

Pennswoods
Q2 2005

| Ref # | Vendor | Account # | Invoice Date | Invoice # | Invoice Amount | Check # | Federal Tax | State Tax | Description | State ISP Code | Fed ISP Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 151 | Verizon | 814-198-2265-021-83 Y | 4/1/2005 | | $1,019.15 | | $28.05 | $56.10 | Dial Access | 1 | 2 |
| 155 | Verizon | 814-198-2226-692-42 Y | 4/1/2005 | | $75,247.51 | | $2,064.40 | $4,129.71 | Dial Access | 1 | 2 |
| 172 | Verizon | 1.32E+08 | 4/1/2005 | 12801 | $824.49 | | $6.12 | $72.09 | T-3 | 1 | 2 |
| 133 | Verizon | 570-320-0300-434-36 Y | 4/4/2005 | | $1,241.03 | 16649 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 148 | Verizon | 814-532-0450-555-95 Y | 4/10/2005 | | $6,213.13 | | $170.81 | $335.01 | PRI | 1 | 1 |
| 114 | Sprint | 814-624-5155-294 | 4/22/2005 | | $9,243.73 | 17050 | $226.23 | $510.00 | PRI | 1 | 2 |
| 121 | Sprint | 814-624-2424-266 | 4/22/2005 | | $964.23 | V731 | $15.03 | $52.17 | Dial Access | 1 | 2 |
| 137 | Verizon | 570-N602474-748 | 4/23/2005 | N602474748-05113 | $2,603.18 | 17056 | $246.76 | $133.38 | Dial Access | 1 | 2 |
| 150 | Verizon | 814-198-2265-021-83 Y | 5/1/2005 | | $1,019.15 | | $28.05 | $56.10 | Dial Access | 1 | 2 |
| 156 | Verizon | 814-198-2226-692-42 Y | 5/1/2005 | | $75,247.51 | | $2,064.40 | $4,129.71 | Dial Access | 1 | 2 |

Pennswoods
Q2 2005

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 173 | Verizon | 1.32E+08 | 5/1/2005 | 12801 | $827.64 | | $6.21 | $34.78 | T-3 | 1 | 2 |
| 132 | Verizon | 570-320-0300-434-36 Y | 5/4/2005 | | $1,241.03 | V780 | $33.76 | $68.13 | Dial Access | 1 | 2 |
| 143 | Verizon | 814-532-0450-555-95 Y | 5/10/2005 | | $6,232.83 | | $171.40 | $334.46 | PRI | 1 | 1 |
| 142 | Verizon | 814-532-0450-555-95 Y | 5/12/2005 | | $11,272.14 | 17194 | | | PRI | 1 | 1 |
| 113 | Sprint | 814-624-5155-294 | 5/22/2005 | | $9,243.73 | 17281 | $226.23 | $510.00 | PRI | 1 | 2 |
| 120 | Sprint | 814-624-2424-266 | 5/22/2005 | | $964.23 | V852 | $15.03 | $52.71 | Dial Access | 1 | 2 |
| 136 | Verizon | 570-N602474-748 | 5/23/2005 | N602474748-05143 | $2,603.18 | 17323 | $246.76 | $133.38 | Dial Access | 1 | 2 |
| 149 | Verizon | 814-198-2265-021-83 Y | 6/1/2005 | | $1,019.15 | | $28.05 | $56.10 | Dial Access | 1 | 2 |
| 174 | Verizon | 1.32E+08 | 6/1/2005 | 12801 | $830.83 | | $6.30 | $34.78 | T-3 | 1 | 2 |
| | | | | | | | | | | | |
| | | | | | | | **$5,617.35** | | | | |

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

7183 6086 6454 8030 0764

ALLEGHENYINTEL L L C
SKIDMORE GREGORY H MANG MEM
% TONY C GULOTTA
1110 N MOUATOWN RD
HARRISBURG PA 17112

The IRS address must appear in the window.

2681405245

BODCD-SB

Letter Number: LTR0105C
Letter Date : 2005-09-06
Tax Period : 200103

*522204005*

ALLEGHENYINTEL L L C
SKIDMORE GREGORY H MANG MEM
% TONY C GULOTTA
1110 N MOUATOWN RD
HARRISBURG PA 17112

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

EXHIBIT

522204005 NP 0000 03 2 200103 000 00000000000

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

718360866454803007 64

In reply refer to: 2681405245
Sep. 06, 2005 LTR 105C 1
52-2204005 200103 03 000 1
01302
BODC: SB

ALLEGHENYINTEL L L C
SKIDMORE GREGORY H MANG MEM
% TONY C GULOTTA
1110 N MOUATOWN RD
HARRISBURG PA 17112

CERTIFIED MAIL

| | |
|---|---|
| Taxpayer Identification Number: | 52-2204005 |
| Kind of Tax: | Excise |
| Date of Claim(s) Received: | Aug. 18, 2005 |
| Tax Periods: | Mar. 31, 2001 June 30, 2001 |
| | Dec. 31, 2001 Mar. 31, 2002 |
| | June 30, 2002 |

WE COULDN'T ALLOW YOUR CLAIM

Dear Taxpayer:

WHY WE'RE SENDING YOU THIS LETTER
This letter is your notice that we've disallowed your claims for credit for the periods shown above.

WHY WE CANNOT ALLOW YOUR CLAIM
The attachment to this letter explains why we have disallowed these claims.

You filed your claim more than 3 years after you filed your tax return.

IF YOU DISAGREE

You may appeal our decision with the Appeals Office (which is independent of our office) if we disallowed your claim because our records show that you filed your claim late. Generally, a claim is late if you filed it the later of:

- 3 years from the return due date of a timely filed, unextended return
- 3 years from the date we received a late return or a timely filed, extended return
- 2 years after you paid the tax

In addition, the amount of any credit or refund for a claim filed within three years of the tax return is limited to amounts paid within the three years before filing the claim plus the period of any extension of time granted for filing the tax return. Similarly, the amount of a claim filed within the two-year period is limited to the amount paid within the two years before filing the claim.

2681405245
Sep. 06, 2005 LTR 105C 1
52-2204005 200103 03 000 1
01303

ALLEGHENYINTEL L L C
SKIDMORE GREGORY H MANG MEM
% TONY C GULOTTA
1110 N MOUATOWN RD
HARRISBURG PA 17112

The Appeals Office cannot change the amount of time the law allows you to file a claim for refund or credit.

If you decide to appeal our decision, you should provide us with an explanation of why you consider your claim was filed on time; for example, you had an extension of time to file your original tax return. We will consider your explanation before forwarding your request to the Appeals Office.

Note: reasonable cause or similar explanations that may provide an excuse for relief from a penalty for the late filing of a tax return cannot change the time limitations for filing a claim set by law. Please review Publication 556, Examination of Returns, Appeals Rights, and Claims for Refund, to see if you qualify for an exception provided by law; for example, you were "financially disabled," you were serving in a combat zone, or your claim involves an item that has a filing period in excess of the general three-year period.

You have the right to appeal our decision to disallow your claim. You may represent yourself before Appeals. You may have an attorney, certified public accountant, or person enrolled to practice before the Internal Revenue Service represent you. To have someone represent you, attach Form 2848, Power of Attorney and Declaration of Representative, (or similar written power of attorney) to your written statement.

You may request a small dollar case appeal for a disallowed claim that is less than $25,000 or prepare a formal protest for a disallowed claim over $25,000.

To request a small dollar case appeal for a claim, do the following:

1. State that you want to appeal.
2. List the disallowed items you disagree with and why you don't agree with each item.
3. Provide your name, address, taxpayer identification number, daytime telephone number, and a copy of this letter.
4. Mail your appeal request to the address shown on this letter.

To prepare a formal protest, do the following:

1. Prepare a written statement that you want to appeal the disallowance to the Appeals Office.
2. Provide your name, address, taxpayer identification number, a daytime telephone number, and a copy of this letter. Show the tax periods or years and disallowed items you disagree with and why you don't agree with each item.

2681405245
Sep. 06, 2005 LTR 105C 1
52-2204005 200103 03 000 1
01304

ALLEGHENYINTEL L L C
SKIDMORE GREGORY H MANG MEM
% TONY C GULOTTA
1110 N MOUATOWN RD
HARRISBURG PA 17112

3. Include a detailed statement of facts with names, amounts, locations, etc. to support your reasons for disputing the disallowance.
4. If you know the particular law or authority that supports your position, you should inform us of that law or authority. Please include a legal citation to assist in the appeals process that supports your claim, if applicable.
5. Sign the statement below and include it with your written appeal. If your authorized representative prepares the request for an appeal, he/she must sign the statement and include it with the appeal.
6. Mail your written formal protest to the address shown on this letter.

STATEMENT BY INDIVIDUALS OR SOLE PROPRIETORS

"Under penalties of perjury, I declare that the facts present on my written appeal are, to the best of my knowledge and belief, true, correct, and complete."

______________________________ ____________
Signature Date

______________________________ ____________
Spouse's Signature, if a Joint Return Date

STATEMENT BY ENROLLED AGENT

"Under penalty of perjury, I declare that I prepared the written statement and accompanying documents. I know personally that the protest and accompanying documents are true and correct."

______________________________ ____________ ____________
Signature of Agent Enrollment Number Date

If you do not agree with our decision, you may file suit to recover tax, penalties, or other amounts, with the United States District Court having jurisdiction or with the United States Claims Court. These courts are part of the judiciary branch of the federal government and have no connection with the Internal Revenue Service.

The law permits you to do this within 2 years from the date of this letter. If you decide to appeal our decision first, the 2-year period still begins from the date of this letter. However, if you signed an agreement that waived your right to the notice of disallowance

2681405245
Sep. 06, 2005 LTR 105C 1
52-2204005 200103 03 000 1
01305

ALLEGHENYINTEL L L C
SKIDMORE GREGORY H MANG MEM
% TONY C GULOTTA
1110 N MOUATOWN RD
HARRISBURG PA 17112

(Form 2297), the period for filing suit begins on the date you filed the waiver.

HOW TO CONTACT US

If you have any questions, please call Jeff Sproul at 859-669-2374 between the hours of 8:00 AM and 4:00 PM EDT. If the number is outside your local calling area, there will be a long-distance charge to you. If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number (    )____________________ Hours______________

Sincerely yours,

W. Ricky Stiff

W. Ricky Stiff
Chief, Excise Program

Enclosure(s):
Publication 1
Attachment to Letter

# ATTACHMENT TO LETTER

| NAME | Year(s)/Period(s) Ended |
|---|---|
| **Allegheny Intel LLC** | **03/31/01 thru 06/30/02** |

**DISALLOWANCE**

We cannot allow the periods listed above for the following reasons:

1. The following periods have been filed late:

| PERIOD | DUE DATE |
|---|---|
| 03/31/01 | 05/31/04 |
| 06/30/01 | 08/31/04 |
| 09/30/01 | 11/31/04 |
| 12/31/01 | 01/31/05 |
| 03/31/02 | 04/30/05 |
| 06/30/02 | 07/31/05 |

This claim was postmarked on 08/15/05.

Per Internal Revenue Code section 6511(a) "Period of Limitation on Filing Claim – Claim for credit or refund of an overpayment of any tax imposed by this title in respect of which tax the taxpayer is required to file a return shall be filed by the taxpayer within **3 years from the time the return was filed or 2 years from the time the tax was paid**, whichever of such periods expires the later, or if no return was filed by the taxpayer, within 2 years from the time the tax was paid. Claim for credit or refund of an overpayment of any tax imposed by this title which is required to be paid by means of a stamp shall be filed by the taxpayer within 3 years from the time tax was paid."

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

0419

ALLEGHENYINTEL L L C
ANTHONY C GULOTTA
FOCUSED BUSINESS SOLUTIONS
1110 NORTH MOUNTAIN ROAD
HARRISBURG PA 17112

The IRS address must appear in the window.

2681405330

BODCD-SB

Letter Number: LTR0086C
Letter Date : 2005-09-23
Tax Period : 200209

*522204005*

ALLEGHENYINTEL L L C
ANTHONY C GULOTTA
FOCUSED BUSINESS SOLUTIONS
1110 NORTH MOUNTAIN ROAD
HARRISBURG PA 17112

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

EXHIBIT
"C"

522204005 NP 0000 03 2 200209 000 00000000000

IRS Department of the Treasury Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2681405330
Sep. 23, 2005 LTR 86C CO
52-2204005 200209 03 000 X
00609
BODC: SB

ALLEGHENYINTEL L L C
ANTHONY C GULOTTA
FOCUSED BUSINESS SOLUTIONS
1110 NORTH MOUNTAIN ROAD
HARRISBURG PA 17112

00419

Taxpayer Identification Number: 52-2204005
Tax Period(s): Sep. 30, 2002 Dec. 31, 2002
Mar. 31, 2003 June 30, 2003
Form: 8849

Dear Taxpayer:

Thank you for your Form 8849 received August 15, 2005.

We're sending your claim Form 8849, to the Area Office for review. That office will contact you within 120 days.

If you have any questions, please contact the office where we've transferred your case by calling Timothy Torri at 724-229-5977 between the hours of 8:00AM and 4:00PM. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to that office at the address we've provided in this letter.

Whenever you write, please include a copy of this letter with your response. Use the space below to indicate a telephone number and the best time for us to call you should we need more information. Keep a copy of this letter and any information that you send to us for your records.

Telephone Number ( )________________________ Hours______________

2681405330
Sep. 23, 2005 LTR 86C C0
52-2204005 200209 03 000 X
00610

ALLEGHENYINTEL L L C
ANTHONY C GULOTTA
FOCUSED BUSINESS SOLUTIONS
1110 NORTH MOUNTAIN ROAD
HARRISBURG PA 17112

We apologize for any inconvenience, and thank you for your cooperation.

Sincerely yours,

Mary Jo Williams

Mary Jo Williams, Operations Mgr.
Centralized Excise

To: Internal Revenue Service
162 W Chestnut St
Washington, PA 15301

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

ALLEGHENYINTEL L L C
ANTHONY C GULOTTA
FOCUSED BUSINESS SOLUTIONS
1110 NORTH MOUNTAIN ROAD
100410 HARRISBURG PA 17112

The IRS address must appear in the window.

2681405330

BODCD-SB

Letter Number: LTR0086C
Letter Date : 2005-09-23
Tax Period : 200309

*522204005*

ALLEGHENYINTEL L L C
ANTHONY C GULOTTA
FOCUSED BUSINESS SOLUTIONS
1110 NORTH MOUNTAIN ROAD
HARRISBURG PA 17112

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

EXHIBIT
"O"

522204005 NP 0000 03 2 200309 000 00000000000

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2681405330
Sep. 23, 2005 LTR 86C CO
52-2204005 200309 03 000 X
00613
BODC: SB

ALLEGHENYINTEL L L C
ANTHONY C GULOTTA
FOCUSED BUSINESS SOLUTIONS
1110 NORTH MOUNTAIN ROAD
HARRISBURG PA 17112

00418

Taxpayer Identification Number: 52-2204005
Tax Period(s): Sep. 30, 2003 Dec. 31, 2003
Mar. 31, 2004 June 30, 2004
Form: 8849

Dear Taxpayer:

Thank you for your Form 8849 received August 15, 2005.

We're sending your claim Form 8849, to the Area Office for review. That office will contact you within 120 days.

If you have any questions, please contact the office where we've transferred your case by calling Timothy Torri at 724-229-5977 between the hours of 8:00AM and 4:00PM. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to that office at the address we've provided in this letter.

Whenever you write, please include a copy of this letter with your response. Use the space below to indicate a telephone number and the best time for us to call you should we need more information. Keep a copy of this letter and any information that you send to us for your records.

Telephone Number (   )______________________ Hours______________

2681405330
Sep. 23, 2005 LTR 86C C0
52-2204005 200309 03 000 X
00614

ALLEGHENYINTEL L L C
ANTHONY C GULOTTA
FOCUSED BUSINESS SOLUTIONS
1110 NORTH MOUNTAIN ROAD
HARRISBURG PA 17112

We apologize for any inconvenience, and thank you for your cooperation.

Sincerely yours,

Mary Jo Williams

Mary Jo Williams, Operations Mgr.
Centralized Excise

To: Internal Revenue Service
162 W Chestnut St
Washington, PA 15301

IRS Department of the Treasury Internal Revenue Service

CINCINNATI OH 45999-0062

ALLEGHENYINTEL L L C
ANTHONY C GULOTTA
FOCUSED BUSINESS SOLUTIONS
1110 NORTH MOUNTAIN ROAD
00417 HARRISBURG PA 17112

The IRS address must appear in the window.

2681405330

BODCD-SB

Letter Number: LTR0086C
Letter Date : 2005-09-23
Tax Period : 200409

*522204005*

ALLEGHENYINTEL L L C
ANTHONY C GULOTTA
FOCUSED BUSINESS SOLUTIONS
1110 NORTH MOUNTAIN ROAD
HARRISBURG PA 17112

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

EXHIBIT
"E"

522204005 NP 0000 03 2 200409 000 00000000000

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2681405330
Sep. 23, 2005 LTR 86C C0
52-2204005 200409 03 000 X
00617
BODC: SB

ALLEGHENYINTEL L L C
ANTHONY C GULOTTA
FOCUSED BUSINESS SOLUTIONS
1110 NORTH MOUNTAIN ROAD
HARRISBURG PA 17112

00417

Taxpayer Identification Number: 52-2204005
Tax Period(s): Sep. 30, 2004 Dec. 31, 2004
Mar. 31, 2005 June 30, 2005
Form: 8849

Dear Taxpayer:

Thank you for your Form 8849 received August 15, 2005.

We're sending your claim Form 8849, to the Area Office for review. That office will contact you within 120 days.

If you have any questions, please contact the office where we've transferred your case by calling Timothy Torri at 724-229-5977 between the hours of 8:00AM and 4:00PM. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to that office at the address we've provided in this letter.

Whenever you write, please include a copy of this letter with your response. Use the space below to indicate a telephone number and the best time for us to call you should we need more information. Keep a copy of this letter and any information that you send to us for your records.

Telephone Number (    )____________________ Hours________________

2681405330
Sep. 23, 2005 LTR 86C CO
52-2204005 200409 03 000 X
00618

ALLEGHENYINTEL L L C
ANTHONY C GULOTTA
FOCUSED BUSINESS SOLUTIONS
1110 NORTH MOUNTAIN ROAD
HARRISBURG PA 17112

We apologize for any inconvenience, and thank you for your cooperation.

Sincerely yours,

Mary Jo Williams

Mary Jo Williams, Operations Mgr.
Centralized Excise

To: Internal Revenue Service
162 W Chestnut St
Washington, PA 15301

**Internal Revenue Service** **Department of the Treasury**

Focused Business Solutions, LLC
1110 North Mountain Road
Harrisburg, PA 17112

Allegheny Intel LLC

Pennswoods
230 South Juliana Street
Harrisburg, Pa 15522

**Letter Number: 3164 F (DO)**

**Letter Date:**
**March 24, 2006**

**Employer Identification Number: 52-2204005**

**For Assistance You May Call Us At:**
412-395-6831

**Person to Contact: Robert D Cirilli**

**Employee Identification Number: 23-05987**

Dear Mr. Gulotta:

We are in the process of examining a claim you have filed with us to determine your correct federal tax liability from 200209 and forward.

It is the Governments position at this time that this claim will be denied consistent with other like filed claims. I have enclosed a report, form 2297 and 3363 for your signature if you agree. If I have not received these documents signed and returned by April 10, 2006 I will send you a 30 letter giving you 30 days to complete you protest and request to go to appeals.

If you have any questions regarding this letter please do not hesitate to contact the employee listed above. However, you are not required to respond to this letter.

Sincerely,

Internal Revenue Agent

EXHIBIT "F"

**Letter 3164 F (DO) (1 -2000)**
Catalog Number: 73230S

| Form 5384 (Rev. October 1987) | Department of the Treasury – Internal Revenue Service **Excise Tax Examination Changes and Consent to Assessment and Collection** | Return Form Number 8849 | Page ___ of ___ Pages |
|---|---|---|---|

| Taxpayer's Name and Address | Social Security or Employer Identification Number |
|---|---|
| Allegheny Intel LLC<br>230 South Juliana Street<br>Bedford, PA 15522 | 52-2204005 |
| | Person with Whom examination changes were discussed *(name and title)*<br>Anthony C. Gulotta – POA |

| Period Ended (1) | IRS No. (2) | Kind of Tax (3) | Correct Claim Liability (4) | Claim as Filed (5) | Adjustment - Increase (Decrease) | | |
|---|---|---|---|---|---|---|---|
| | | | | | Claim Disallowed (6) | Penalties (See Explanation) (7) | Total Claim Disallowed (8) |
| 200209 | 522 | Comm | -0- | $ 6,029.48 | $ 6,029.48 | -0- | $ 6,029.48 |
| 200212 | 522 | Comm | -0- | 16,000.66 | 16,000.66 | -0- | 16,000.66 |
| 200303 | 522 | Comm | -0- | 7,466.77 | 7,466.77 | -0- | 7,466.77 |
| 200306 | 522 | Comm | -0- | 7,841.92 | 7,841.92 | -0- | 7,841.92 |
| 200309 | 522 | Comm | -0- | 7,721.04 | 7,721.04 | -0- | 7,721.04 |
| 200312 | 522 | Comm | -0- | 8,032.60 | 8,032.60 | -0- | 8,032.60 |
| 200403 | 522 | Comm | -0- | 7,642.15 | 7,642.15 | -0- | 7,642.15 |
| 200406 | 522 | Com | -0- | 7,542.05 | 7,542.05 | -0- | 7,542.05 |
| 200409 | 522 | Com | -0- | 9,358.74 | 9,358.74 | -0- | 9,342.05 |
| 200412 | 522 | Com | -0- | 7,185.09 | 7,185.09 | -0- | 7,185.09 |
| 200503 | 522 | Com | -0- | 5,150,09 | 5,150.09 | -0- | 5,185.09 |
| 200506 | 522 | Com | -0- | 5,617.35 | 5,617.35 | -0- | 5,617.35 |
| | | | | | | | |
| | | | | | | | $ 95,587.94 |

Other Information:

**The above is an agreed disallowance of a claim in full.**

| Examiner's Signature | Territory/Group | Date |
|---|---|---|
| Robert D Cirilli | One/1106 | |

## Instructions

**General Information**
If you consent to the assessment of the amounts shown in this agreement, your signature will expedite our bill to you. Your consent will not prevent you from filing a claim for refund *(after you have paid the tax)* if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action.

**Who Must Sign**
If you are making this agreement on behalf of a partnership, all partners must sign, unless one partner, with appropriate evidence of authority to do so, signs for the partnership.
If you are making this agreement on behalf of a corporation, it must be signed with the corporate name, followed by the signatures and titles of the corporate officers authorized to sign.
An attorney or agent may sign this agreement provided such action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

## Consent to Assessment and Collection

I consent to the immediate assessment and collection of any additional tax and penalties and accept any over-assessment *(decrease in tax and penalties)* shown above, plus any interest provided by law.

| Signature | | Date: |
|---|---|---|
| | ➡ | Date: |
| | ➡ | Date: |
| | ➡ | Date: |

APR-13-2006 15:54 IRS WARRENDALE 7247725110 P.04

Form 2297
Rev. March 1982

Department of the Treasury-Internal Revenue Service

# Waiver of Statutory Notification Of Claim Disallowance

I, Allegheny Intel LLC 52-2204005 (Name, SSN or EIN) of 230 South Juliana Street, Bedford, PA 15522 (Number, Street, City or Town, State, ZIP Code)

waive the requirement under Internal Revenue Code section 6532(a)(1) that a notice of claim disallowance be sent to me by certified or registered mail for the claims or refund shown in column (d), below.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

Claims

| (a) Taxable Period Ended | (b) Kind of Tax | (c) Amount of Claim | (d) Amount of Claim Disallowed |
|---|---|---|---|
| Quarter 20020 thru 200506 | Excise – Communications | $ 95,587.94 | $ 95,587.94 |

I accept the proposal of the Internal Revenue Service to disallow the claim(s) to the extent described above. This means only that I do not want the Service to consider the claim(s). It does not waive my rights to file suit on the disallowance.

If you file this waiver for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature ________ (Date signed)

Spouses Signature If a Joint Return Was Filed ________ (Date signed)

Taxpayer's Representative Sign Here [signature] 4/21/06 (Date signed)

Partnership/ Corporate Name ________

Partners/ Officers Sign Here ________

Title ________ (Date signed)

Partners/ Officers Corporate Sign Here ________

Title ________ (Date signed)

Note-Filing this waiver within 6 months from the date the claim was filed will not permit filing a suit for refund before the 6-month period has elapsed unless a decision is made by the Service within that time disallowing the claims.

Form 2297 (rev. 3-82)

Form 3363
(Rev. November 1983)

Department of the Treasury - Internal Revenue Service

# Acceptance of Proposed Disallowance of Claim for Refund or Credit

Name(s),SSN or EIN, and address of taxpayer(s)(Number, Street, City or Town, State, ZIP Code)
Allegheny Intel LLC 52-2204005
230 South Juliana Street
Bedford, PA 15522

| Year or Period | Date Claim Filed | Kind of Tax | Amount of Claim | Amount of Claim Disallowed | Amount of Claim Allowed |
|---|---|---|---|---|---|
| Quarter 200209 thru 200506 | 08/15/2005 | Excise - Communications | $ 95,587.94 | $ -0- | $ 95,587.94 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I accept the proposal of the Internal Revenue Service to disallow the claim(s) to the extent described above. This means only that I do not want the Service to consider the claim(s). It does not waive my rights to file suit on the disallowance.

If you file this waiver for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature ➡ ______________________ (Date signed)

Spouses Signature If a Joint Return Was Filed ➡ ______________________ (Date signed)

Taxpayer's Representative Sign Here ➡ ______________________ (Date signed)

Partnership/ Corporate Name ______________________

Partners/ Corporate Officers Sign Here ➡ ______________________
➡ ______________________ Title (Date signed)

Partners/ Corporate Officers Sign Here ______________________
➡ ______________________ Title (Date signed)

Form 3363 (Rev. 11-83)