ORIGINAL

FILED
JUL 31 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-548 T
(JUDGE ________)

ALLEGHENYINTEL, LLC

Plaintiff

v.

THE UNITED STATES,

Defendant

PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASES

Pursuant to RCFC 40.2 (a), the Plaintiff contends that the instant case is directly related to AlleghenyIntel, LLC. v. United States, Fed. Cl. No. 05-516 T (2005).

The relationship of these cases, as required by RCFC 40.2 (a) (1), is that both cases involve the same parties, which are AlleghenyIntel, LLC and the United States, and that both cases are based on the same claim, which is a refund of erroneously paid Section 4251 Communication Excise Tax.

The assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions. As such, this notice is

requesting that the present matter be assigned to the Honorable Judge Susan G. Braden.

Respectfully Submitted,

7/25/06

Anthony C. Gulotta, Esq.
PA Attorney ID No. 82081
Anderson & Gulotta, P.C.
1110 N. Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434

Date