IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 06-548 T
(JUDGE BRADEN)

ALLEGHENYINTEL, D/B/A PENNSWOOD.NET

Plaintiff

v.

THE UNITED STATES,

Defendant

---

JOINT MOTION TO STAY CASE

---

The parties respectfully request that the above-captioned case be stayed pending final decisions in ***XO Communications, Inc. v. United States***, Fed. Cl. No. 03-2754 T (2003); ***Comcation v. United States***, Fed Cl. No. 05-515 T (2005); and ***USA Choice v. United States***, Fed Cl. No. 05-525 T (2005).

In ***XO Communications, Inc. v. United States***, Fed. Cl. No. 03-2754 T (2003), the Plaintiff and the United States have completed discovery. The discovery accomplished includes initial disclosures by the parties, including plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and plaintiff's responses to defendant's interrogatories and requests for production of documents. In addition, the parties in *XO* have filed cross-motions for summary judgment on the "Dial Access" issue, which is substantially similar to the issue involved in this action. In addition, Judge Williams has conducted an expert witness

hearing on the "Dial Access" issue and the parties subsequently submitted supplemental briefs. This case was transferred to Judge Wheeler on July 24, 2006.

In ***Comcation v. United States***, Fed. Cl. No. 05-515 T (2005), the Plaintiff and the United States have completed discovery. The discovery accomplished includes initial disclosures by the parties, including plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and plaintiff's responses to defendant's interrogatories and requests for production of documents. A trial was held in this case on September 11, 2006. At the trial, Judge Allegra stated that simultaneous post trial briefs will be due 45 days after the transcript is received, simultaneous reply briefs will be due in another 30 days, and closing arguments will occur shortly thereafter.

In ***USA Choice v. United States***, Fed. Cl. No. 05-525 T (2005), the Plaintiff and the United States have completed discovery. The discovery accomplished includes initial disclosures by the parties, including plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and plaintiff's responses to defendant's interrogatories and requests for production of documents. In addition, the trial for this case was held on July 11, 2006. The parties' opening and closing briefs have been filed, and the parties' closing arguments are scheduled for September 22, 2006.

Accordingly, the parties believe that further proceedings in this action should be stayed until final decisions are rendered in the above-referenced cases.

Respectfully submitted,

September 25, 2006
Date

s/Anthony C. Gulotta

Anthony C. Gulotta, Esquire
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145

Attorney for Plaintiff

September 25, 2006
Date

s/ G. Robson Stewart

G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

September 25, 2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant