# In the United States Court of Federal Claims

No. 06-548T
Filed September 27, 2006

| | |
|---|---|
| ALLEGHENYINTEL, LLC d/b/a PENNSWOOD.NET, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Pursuant to the September 26, 2006 Joint Motion to Stay Case, the court hereby enters a **STAY** on further proceedings until final decisions are rendered in *XO Communications, Inc. v. United States*, Fed. Cl. No. 03-2754 T (2003); *Comcation v. United States*, Fed. Cl. No. 05-515 T (2005); and *USA Choice v. United States*, Fed. Cl. No. 05-525 T (2005).

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**