IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 06-548 T
(JUDGE BRADEN)

ALLEGHENYINTEL, d/b/a PENNSWOOD.NET,

Plaintiff

v.

THE UNITED STATES,

Defendant

---

STIPULATION FOR DISMISSAL

---

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

April 30, 2008
Date

*s/Anthony C. Gulotta*
Anthony C. Gulotta, Esquire
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145

Attorney for Plaintiff

April 30, 2008
Date

*s/G. Robson Stewart*
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section

April 30, 2008
Date

*s/David Gustafson*
Of Counsel

Attorneys for Defendant