# In the United States Court of Federal Claims

No. 06-548T
Filed: May 2, 2008

| | |
|---|---|
| *********************************** | |
| | * |
| ALLEGHENYINTEL, LLC | * |
| d/b/a PENNSWOOD.NET, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

## ORDER

Pursuant to the parties' April 30, 2008 Stipulated Motion, the court hereby directs the Clerk of the United States Court of Federal Claims to dismiss the above-entitled case with prejudice and without costs.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**